

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION    00-0342 |
| | SECTION           (C) 4 |
| VERSUS | |
| | JUDGE GINGER BERRIGAN |
| HOEGH LINES | MAGISTRATE JUDGE ROBY |

### MOTION AND ORDER TO INTERVENE

**NOW INTO COURT**, through undersigned counsel, come Transocean Terminal Operators, Inc. (hereinafter "TTO") and the American Longshore Mutual Association, Ltd. (hereinafter "ALMA"), and move this Honorable Court for leave to intervene in these proceedings and to file the attached Complaint of Intervention pursuant to Rule 24 of the Federal Rules of Civil Procedure. The basis for this motion is that, at the time of the underlying accident that is the subject of this litigation, TTO was the employer of the plaintiff pursuant to the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. §901, *et seq.*, as amended, and ALMA was its compensation carrier; and Intervenors are

DATE OF ENTRY
MAY 1 7 2000



therefore entitled to intervene in this proceedings to recover compensation and medical benefits and other expenses they may be required to pay to or on behalf of the plaintiff from any recovery the plaintiff may receive by way of judgment, settlement or otherwise, as is more fully set forth in the attached Complaint of Intervention.

TTO and ALMA are entitled to intervene under the law to assert their lien rights arising under § 33 of the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 933. TTO and ALMA further submit that their intervention will not retard the progress of the principal action.

Accordingly, intervenors respectfully request that this Motion be granted and that the accompanying Complaint of Intervention be filed into the record and served on all other parties to this action.

Respectfully submitted,

_____
ALAN G. BRACKETT, T.A. (#14094)
CLAIRE D'H. GLAS        (#26313)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 595-3000
Facsimile:  (504) 522-2121
Attorneys for Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd.
H \0250\9-9187 McClellan\Pleadings\intervention fed ct wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION   00-0342 |
| | SECTION   (C) 4 |
| VERSUS | |
| | JUDGE GINGER BERRIGAN |
| HOEGH LINES | MAGISTRATE JUDGE ROBY |

**MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE**

**MAY IT PLEASE THE COURT:**

Plaintiff instituted this suit against Hoegh Lines for damages arising from the accident and injuries he sustained on February 2, 1999, as set forth in the Complaint. At the time of his accident, plaintiff was employed by Transocean Terminal Operators, Inc. (hereinafter "TTO") and was acting within the course and scope of his employment. The American Longshore Mutual Association, Ltd. (hereinafter "ALMA") is and was at all times pertinent hereto the compensation carrier of TTO.

Pursuant to §33 of the Longshore and Harbor Workers' Compensation Act, TTO and ALMA are entitled to reimbursement by preference and priority for all compensation and/or expenses paid or to be paid to or on behalf of plaintiff, together with all expenses, attorney fees, costs and the present value of all future benefits payable, if any. *See Jones & Laughlin*, 462 US 523, 530 n. 5, 103 S. Ct. 2541, 2547 n. 5 (1983); *Taylor v. Bunge Corp.*, 845 F. 2d 1323 (5th Cir. 1988); *Cortez v. Total Transp., Inc.*, 577 So. 2d 292, 296 (La. App. 5th Cir. 1991).

Accordingly, TTO and ALMA move this Honorable Court to grant their Motion to Intervene and grant them leave to file the attached Complaint of Intervention in accordance with the law.

> Respectfully submitted,
>
> _____
> ALAN G. BRACKETT, T.A. (#14094)
> MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
> 650 Poydras Street, Suite 2150
> New Orleans, LA 70130
> Telephone: (504) 595-3000
> Facsimile: (504) 522-2121
> Attorneys for Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd.
> H \0250\9-9187 McClellan\Pleadings\intervention fed ct wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION      00-0342 |
| | SECTION            (C) 4 |
| VERSUS | |
| | JUDGE GINGER BERRIGAN |
| HOEGH LINES | MAGISTRATE JUDGE ROBY |

### O R D E R

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd. are entitled to and by this Order are granted leave to file the attached Complaint of Intervention according to law.

New Orleans, Louisiana, this 16 day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE