```
UNITED STATES DISTRICT COURT
              FILED
         June 7, 2000
EASTERN DISTRICT OF LOUISIANA
         Loretta G. Whyte
              Clerk
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### CALL DOCKET

Counsel for plaintiffs in the following numbered and entitled cases are hereby notified that said cases will be called on WEDNESDAY, JUNE 28, 2000, at 9:30 a.m. before JUDGE HELEN G. BERRIGAN. Failure to show good cause will result in dismissal for failure to prosecute.

**99-2616**  DANTAM QUY MUI, ET AL V GOODYEAR TIRE & RUBBER CO.
As to Robert F. Morrow, Shirley Thompson Morrow, Frederick J. Sigur and Marguerite Bradbury on original complaint
As to Joe Conte Toyota, Inc. and Louisiana Tire Centers, Inc. on the third-party complaint

**99-3461**  MARK EUGENE BLEAKLEY, ETC. V ANTHONY T. CANTILLO, ET AL
As to Anthony T. Cantillo, Eric J. Poche, Jr. and Joseph R. Genovese, Jr.

**00-0020**  CARGILL FERROUS INTERNATIONAL, ETC. V M/V DURMITOR, ETC., ET AL

**00-0342**  ELLIS MCCLELLAN V HOEGH LINES

**00-0484**  FRANK ROMAGUERA V OFFICER DORSEY, ETC., ET AL
As to Orleans Parish School Board

```
__Fee_____
__Process____
__Dktd___KAC___
__CtRmDep____
__Doc.No._7__
```

00-0609    TERRY CULBERTSON V CHEMSTAR CORPORATION

00-0764    CARGILL FERROUS INTERNATIONAL, ETC. V M/V SEA PHOENIX, ET AL
           As to China Ocean Shipping (Group) Co. and Serene Sky Shipping, Inc.

00-0775    UNITED STATES OF AMERICA V DANIELLE W. HONOR

00-0858    UNITED STATES OF AMERICA V EARL A. MAXWELL

00-0910    UNITED STATES OF AMERICA V ROBIN J. HATCHER


KIMBERLY A. COUNTY
Courtroom Deputy
504-589-7682


**PLEASE DIRECT ALL INQUIRIES TO THE ABOVE NAMED COURTROOM DEPUTY**