

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 26 AM 11: 42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0342 |
| HOEGH LINES | * | SECTION: "C" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE: (4) |

### UNOPPOSED MOTION FOR LEAVE
### TO AMEND THE ORIGINAL COMPLAINT

**NOW INTO COURT,** through undersigned counsel comes complainant, Ellis McClellan, who moves this Court for leave to amend the original complaint filed in this matter by substituting "Hoegh/Oldendorff Indotrans Ltd.", in place of and in its stead, for every reference made in the original complaint to "Hoegh Lines".

Counsel for complainant certifies to this Honorable Court that counsel for defendant has been contacted and does not assert an objection to the filing and granting of this motion. Counsel herein further submits to this Honorable Court that the amendment requested herein will in no way impede upon any trial and/or pre-trial dates.

**WHEREFORE,** complainant, Ellis McClellan, requests leave of Court to file the attached First Amending Complaint.

DATE OF ENTRY
JAN - 3 2001

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana  70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _21_ day of _December_, 2000.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0342 |
| HOEGH LINES | * | SECTION: "C" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE: (4) |

## UNIFORM LOCAL RULE 7.6E CERTIFICATE

Counsel for complainant, Ellis McClellan, certifies to this Honorable Court that opposing counsel has been contacted pursuant to Rule 7.6E as to its position regarding complainant's Unopposed Motion for Leave to Amend the Original Complaint filed in connection with the above-captioned matter. Opposing counsel has asserted no objection to same.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this  21  day of  December , 2000.

　　　　　　　　　　　　　　　　　　　　　　　　／s／　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0342 |
| HOEGH LINES | * | SECTION: "C" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE: (4) |

## ORDER

Considering the foregoing Unopposed Motion for Leave to Amend;

**IT IS HEREBY ORDERED,** that complainant's Motion for Leave to Amend be and the same is hereby GRANTED.

**IT IS FURTHER ORDERED,** that complainant's First Amending Complaint be filed and made a part of the record herein this date.

New Orleans, Louisiana, this 20 day of Jan. , 2000.

_____
JUDGE