FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 26  PM 4:49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW INTO COURT,** through undersigned counsel, comes Complainant, Ellis McClellan,

who moves this Honorable Court for a continuance of the trial of this matter which is presently

scheduled for May 14, 2001 for the reasons more fully set forth herein.

Respectfully submitted,

DISCON LAW FIRM

BY: _____

THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana  70448
Telephone: (504) 674-9748
Attorneys for Complainant

DATE OF ENTRY

JAN 3 0 2001

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 26 day of January, 2001.

THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION TO CONTINUE TRIAL

MAY IT PLEASE THE COURT:

The original suit of this matter was filed on or about February 2, 2000, alleging Hoegh

Lines, a foreign corporation of Oslo, Norway, as the owner/operator of the *M/V Hoegh Dyke*.

Defendant, Hoegh Lines, filed its Answer on or about June 20, 2000.  At that time, counsel for

the parties herein conferred and it was then determined that sometime prior to the incident alleged

herein that the *M/V Hoegh Dyke* was sold to another Hoegh entity, **Hoegh/Oldendorff Indotrans**

**Ltd.,** *also a foreign corporation of Oslo, Norway.*

Counsel for Complainant amended the original Complaint for purposes of substituting

Hoegh/Oldendorff Indotrans Ltd., in place of Hoegh Lines.  Counsel for Defendant, Hoegh Lines,

advised that he would attempt to obtain permission from Hoegh/Oldendorff Indotrans Ltd. to

execute a waiver of service and to file an answer.  Upon doing so it was discovered that

Hoegh/Oldendorff Indotrans Ltd. may not be the proper entity.  Hoegh Lines, the original

Defendant in this matter, was at one time prior to the incident herein the owner/operator of the *M/V Hoegh Dyke* and has since sold the *M/V Hoegh Dyke*. Counsel herein are attempting to discover the identity of the correct new owner.

Counsel herein are fully cooperating with one another to determine the proper party to this suit. However, without a proper party defendant making an appearance discovery in this matter has yet to begin . Upon determining the proper party, whether it is Hoegh/Oldendorff Indotrans Ltd. and/or another entity who subsequently purchased the *M/V Hoegh Dyke,* litigation of this matter will necessitate vast discovery, including corporate depositions, fact witnesses, medical witnesses and experts. Further, upon determining the proper party, whether it is Hoegh/Oldendorff Indotrans Ltd. and/or another entity who subsequently purchased the *M/V Hoegh Dyke*, it will be required for service to be effected pursuant to the Hague Convention. Service pursuant to the Hague Convention is a lengthy process, requiring first translation and then processing through appropriate channels, which is likely to take several months.

The parties herein have conferred in regards to the status of this matter and it is clear that it is impossible for the parties to conduct its investigation and discovery to prepare its respective cases for trial.

Wherefore, undersigned counsel would request a continuance of the pre-trial and trial of this matter and, that a status conference be held via telephone for the purposes of reassigning this matter for trial.

Respectfully submitted,

DISCON LAW FIRM

BY:_____

    THOMAS M. DISCON, T.A. #14219
    JOHN G. DISCON, #4961
    GREGORY T. DISCON, #22037
    424 N. Causeway Blvd., Suite A
    Mandeville, Louisiana  70448
    Telephone: (504) 674-9748
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served on all counsel of

record by placing same in the United States Mail, properly addressed and postage prepaid, this

_____ day of _____, 2001.

_____
THOMAS M. DISCON

3

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELLIS McCLELLAN** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 00-0342** |
| | * | |
| **HOEGH LINES** | * | **SECTION: "C"** |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | **MAGISTRATE: (4)** |

## CERTIFICATE PURSUANT TO
## ARTICLE THREE OF THE EXPENSE AND DELAY REDUCTION PLAN

Pursuant to Article Three of the Expense and Delay Reduction Plan, undersigned counsel hereby certifies that he has advised his client that he has initiated a Motion to Continue Trial and that said client has been provided with a copy of said motion and consent; and, further, that all counsel of record have been contacted and agree to the Motion to Continue Trial.

New Orleans, Louisiana this 26 day of January, 2001.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037

424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 835-6435
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 26 day of January , 2001.

THOMAS M. DISCON

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELLIS McCLELLAN                    *    CIVIL ACTION
                                   *
VERSUS                             *    NUMBER: 00-0342
                                   *
HOEGH LINES                        *    SECTION: "C"
                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * *    MAGISTRATE: (4)

## ORDER

Considering the foregoing Unopposed Motion to Continue Trial;

**IT IS HEREBY ORDERED** that the Pre-Trial and Trial scheduled in the above-captioned *Telephone Status.*

matter be and, the same are hereby continued; *

New Orleans, Louisiana this 29 day of _____, 2001.

_____
JUDGE

\* A preliminary Conference will be held by telephone on FRIDAY, FEBRUARY 16, 2001, at 10:30 a.m. The Court will initiate the telephone Conference and will be represented by its Courtroom Deputy Clerk.