```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2001 FEB 20  AM 10 49

              LORETTA G. WHYTE
                   CLERK
```

MINUTE ENTRY
BERRIGAN, J.
FEBRUARY 16, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS MCCLELLAN | CIVIL ACTION |
| VERSUS | NUMBER: 00-0342 |
| HOEGH LINES, ET AL | SECTION: "C" |

A preliminary conference was set for this date with the courtroom deputy.

PRESENT BY TELEPHONE:   Thomas Discon    Alan Brackett

Counsel for Hoegh/Oldendorff Indotrans, Ltd. was not available.

**IT IS ORDERED** that the above-referenced preliminary conference is hereby CONTINUED to be held on **Thursday, February 22, 2001, at 9:45 a.m.** The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
FEB 20 2001

Fee_____
Process_____
X Dktd_____
__CtRmDep_____
Doc.No. 18