

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0342 |
| HOEGH LINES | * | SECTION: "C" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE: (4) |

## UNOPPOSED MOTION FOR LEAVE
## TO AMEND THE ORIGINAL AND FIRST AMENDING COMPLAINTS

**NOW INTO COURT,** through undersigned counsel comes complainant, Ellis McClellan, who moves this Court for leave to amend the original and first amending complaints filed in this matter in the following respects:

1. by substituting "Egon Oldendorff GimbH & Co. KG (owners) and Catania Shipping, Inc. (charterer)", in place of and in its stead, for every reference made in the original and first amending complaints to "Hoegh/Oldendorff Indotrans Ltd."; and

2. by substituting *"M/V Hoegh Duke"*, in place of and in its stead, for every reference made in the original and first amending complaints to *"M/V Hoegh Dyke"*.

Counsel for complainant certifies to this Honorable Court that counsel for defendant has been contacted and does not assert an objection to the filing and granting of this motion. Counsel

DATE OF ENTRY
APR 0 5 2001

herein further submits to this Honorable Court that the amendment requested herein will in no way impede upon any trial and/or pre-trial dates.

**WHEREFORE,** complainant, Ellis McClellan, requests leave of Court to file the attached Second Amending Complaint.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana   70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this ___ day of _April_____, 2001.

_____
THOMAS M. DISCON

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

### ORDER

Considering the foregoing Unopposed Motion for Leave to Amend;

**IT IS HEREBY ORDERED,** that complainant's Motion for Leave to Amend be and the same is hereby GRANTED.

**IT IS FURTHER ORDERED,** that complainant's Second Amending Complaint be filed and made a part of the record herein this date.

New Orleans, Louisiana, this 5 day of April, 2001.

_____
JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

### UNIFORM LOCAL RULE 7.6E CERTIFICATE

Counsel for complainant, Ellis McClellan, certifies to this Honorable Court that opposing counsel has been contacted pursuant to Rule 7.6E as to its position regarding complainant's Unopposed Motion for Leave to Amend the Original and First Amending Complaints filed in connection with the above-captioned matter. Opposing counsel has asserted no objection to same.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 2 day of April, 2001.

_____
THOMAS M. DISCON

2