FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR -5 AM 9:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0342 |
| HOEGH LINES | * | SECTION: "C" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE: (4) |

## SECOND AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes complainant, Ellis McClellan, who amends his original complaint as follows, to-wit:

1.

Complainant reavers and realleges each and every allegation of the original and first amending complaints.

2.

Complainant adds the following paragraph, to-wit:

X.

Complainant amends this matter to substitute "EGON OLDENDORFF GIMBH & CO. KG (OWNERS) AND CATANIA SHIPPING, INC. (CHARTERER)" in place of defendant "HOEGH/OLDENDORFF INDOTRANS LTD". Complainant would respectfully request that "EGON OLDENDORFF GIMBH & CO. KG and CATANIA SHIPPING, INC." be substituted

in place of and instead of "HOEGH/OLDENDORFF INDOTRANS LTD." for every reference made to same in the original and first amending complaints filed herein.

## XI.

Complainant amends this matter to substitute the *"M/V Hoegh Duke"*, in place of and in its stead, for every reference made in the original and first amending complaints to *"M/V Hoegh Dyke"*.

**WHEREFORE,** complainant, Ellis McClellan, demands judgment against the defendants, EGON OLDENDORFF GIMBH & CO. KG and CATANIA SHIPPING, INC., for the full and total sum of TWO MILLION ($2,000,000.00) DOLLARS, plus medical expenses and other damages allowable under the law, altogether with legal interest thereon from date of the accident herein until paid, for all costs of these proceedings, and all appropriate, general and equitable relief and for trial by jury.

    Respectfully submitted,

    DISCON LAW FIRM

    BY: _____
    THOMAS M. DISCON, T.A. #14219
    JOHN G. DISCON, #4961
    GREGORY T. DISCON, #22037
    424 N. Causeway Blvd., Suite A
    Mandeville, Louisiana 70448
    Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this ____ day of ____April____, 2001.

_____
THOMAS M. DISCON

**PLEASE SERVE:**

EGON OLDENDORFF GIMBH & CO. KG
Pursuant to Waiver

CATANIA SHIPPING, INC.
Pursuant to Waiver

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0342 |
| HOEGH LINES | * | SECTION: "C" |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE: (4) |

### FIRST AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes complainant, Ellis McClellan, who amends his original complaint as follows, to-wit:

**1.**

Complainant reavers and realleges each and every allegation of the original complaint.

**2.**

Complainant adds the following paragraph, to-wit:

**IX.**

Complainant amends this matter to substitute "HOEGH/OLDENDORFF INDOTRANS LTD." in place of defendant "Hoegh Lines". Complainant would respectfully request that "HOEGH/OLDENDORFF INDOTRANS LTD." be substituted in place of and instead of "Hoegh Lines" for every reference made to same in the original complaint filed herein.

**WHEREFORE**, complainant, Ellis McClellan, demands judgment against the defendant, HOEGH/OLDENDORFF INDOTRANS LTD., for the full and total sum of TWO MILLION ($2,000,000.00) DOLLARS, plus medical expenses and other damages allowable under the law, altogether with legal interest thereon from date of the accident herein until paid, for all costs of these proceedings, and all appropriate, general and equitable relief and for trial by jury.

      Respectfully submitted,

      DISCON LAW FIRM

      BY: _____
        THOMAS M. DISCON, T.A. #14219
        JOHN G. DISCON, #4961
        GREGORY T. DISCON, #22037
        424 N. Causeway Blvd., Suite A
        Mandeville, Louisiana  70448
        Telephone: (504) 674-9748

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _21_ day of _December_, 2000.

      _____
      THOMAS M. DISCON

**PLEASE SERVE:**

Hoegh/Oldendorff Indotrans Ltd.
Pursuant to the Hague Convention.
WERGEIANDS VEIEN 7
OSLO 1, NORWAY



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0342 |
| HOEGH LINES | * | SECTION: SECT. C MAG. 4 |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE: |

### COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes complainant, ELLIS McCLELLAN, a person of full legal age and a citizen and domiciliary of this District and State of Louisiana. Complainant avers the following:

I.

Made party defendant herein is HOEGH LINES, a foreign corporation of Oslo, Norway with its principal place of business in Oslo, Norway, yet authorized to do and doing business within this District and State.

II.

On or about February 2, 1999, plaintiff was employed by Transocean Terminal Operators, Inc. in the capacity of a crane operator. At said time, plaintiff was assigned to work aboard the *M/V Hoegh Dyke*.

III.

At all material times herein, the *M/V Hoegh Dyke* was owned, operated and controlled by defendant.

IV.

While operations were taking place aboard the *M/V Hoegh Dyke* in New Orleans, Louisiana, plaintiff was caused serious injury when he slipped in oil.

V.

A proximate cause of the accident herein was the negligence attributable to defendant pursuant to 33 U.S.C. 905(b).

VI.

A proximate cause of the accident herein was the negligence attributable to defendant and its crewmembers of the *M/V Hoegh Dyke*.

VII.

As a direct and proximate result of the accident herein, ELLIS McCLELLAN sustained a permanent and totally disabling injury to his head, vision, left ear, neck, low back, groin and lower extremities, causing him to be rendered totally and permanently disabled, to sustain past and future mental and physical pain and suffering, past and future loss wages and other related damages and expenses, including future medical expenses, all for which petitioner is entitled to sue and recover from the defendant herein in the full and total sum to be determined by the trier of fact herein.

VIII.

This Court has jurisdiction of this matter pursuant to diversity of citizenship jurisdiction.

**WHEREFORE**, petitioner, ELLIS McCLELLAN, demands judgment against the defendant herein, HOEGH LINES, for the full and total sum of TWO MILLION ($2,000,000.00) DOLLARS, plus medical expenses and other damages allowable under the law, altogether with legal interests thereon from date of accident herein until paid, for all costs of these proceedings, and all appropriate, general and equitable relief and for trial by jury.

                              Respectfully submitted,

                              DISCON LAW FIRM

                              BY: _____
                              THOMAS M. DISCON, T.A. #14219
                              JOHN G. DISCON, #4961
                              GREGORY T. DISCON, #22037
                              424 N. Causeway Blvd., Suite A
                              Mandeville, Louisiana  70448
                              Telephone: (504) 674-9748

**PLEASE HOLD SERVICE PENDING NOTIFICATION**