

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 18 PM 2: 50

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION     00-0342 |
| | SECTION     (C) 4 |
| VERSUS | |
| | JUDGE BERRIGAN |
| HOEGH LINES | MAGISTRATE JUDGE ROBY |

### MOTION FOR LEAVE
### TO AMEND COMPLAINT OF INTERVENTION

NOW INTO COURT, through undersigned counsel, come Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd., and move this Court for leave to amend their Complaint of Intervention filed in this matter in the following respects:

1.

By substituting "Egon Oldendorff GimbH & Co., KG (Owners) and Catania Shipping, Inc. (Charterer)", in place of and in its stead, for every reference made in the original Complaint to "Hoegh Lines"; and

DATE OF ENTRY
APR 2 0 2001

Fee_____
Process___
X Dktd_____
CtRmDep___
Doc. No.___

2.

By substituting "M/V HOEGH DUKE", in place of and in its stead for every reference made in the original Complaint to "M/V/ HOEGH DYKE".

3.

Dismissing Hoegh Lines as a defendant without prejudice.

Counsel for Intervenors certifies to this Honorable Court that counsel for defendant and plaintiff have been contacted and do not assert an objection to the filing and granting of this Motion.

Counsel herein further submits to this Honorable Court that the amendment requested herein will in no way impede upon any trial and/or pre-trial dates.

WHEREFORE, Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd., request leave of this Court to file the attached First Amended Complaint on Intervention.

Respectfully submitted,

_____
ALAN G. BRACKETT, T.A.   (#14094)
STEPHEN M. HUBER   (#24463)
MOULEDOUX, BLAND, LEGRAND
   & BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:   (504) 595-3000
Facsimile:   (504) 522-2121
Attorneys for Intervenors,
Transocean Terminal Operators, Inc.
and the American Longshore
Mutual Association, Ltd.

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING PLEADING HAS BEEN SENT TO ALL COUNSEL OF RECORD VIA U.S MAIL, PROPERLY ADDRESSED AND POSTAGE PREPAID. THIS 17 DAY OF April, 2001

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION   00-0342 |
| | SECTION   (C) 4 |
| VERSUS | JUDGE BERRIGAN |
| | MAGISTRATE JUDGE ROBY |
| HOEGH LINES | |

## UNIFORM LOCAL RULE 7.6E CERTIFICATE

Counsel for Intervenors, Transocean Terminal Operators, Inc. (hereinafter "TTO") and the American Longshore Mutual Association, Ltd. (hereinafter "ALMA"), certify to this Honorable Court that opposing counsel has been contacted pursuant to Rule 7.6E as to their position regarding Intervenors' Motion for Leave to Amend Complaint of Intervention filed in connection with the above-captioned

matter. Opposing counsel has asserted no objection to same.

                        Respectfully submitted,

                        _____

ALAN G. BRACKETT, T.A. (#14094)
STEPHEN M. HUBER (#24463)
MOULEDOUX, BLAND, LEGRAND
   & BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Attorneys for Intervenors,
Transocean Terminal Operators, Inc.
and the American Longshore Mutual Association, Ltd.
H:\0250\9-9187 McClellan\Pleadings\Amd 2 Complaint.wpd

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING PLEADING HAS BEEN SENT TO ALL COUNSEL OF RECORD VIA U.S. MAIL, PROPERLY ADDRESSED AND POSTAGE PREPAID. THIS 17th DAY OF April, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION  00-0342 |
| | SECTION  (C) 4 |
| VERSUS | |
| | JUDGE BERRIGAN |
| HOEGH LINES | MAGISTRATE JUDGE ROBY |

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO AMEND COMPLAINT
OF INTERVENTION**

MAY IT PLEASE THE COURT:

When this matter was originally filed, plaintiff sued Hoegh Lines as the owner and operator of the vessel aboard which he was injured while in the employ of Intervenor, Transocean Terminal Operators, Inc. In response to these allegations, Intervenors filed their original Complaint of Intervention against Hoegh Lines as defendant. Plaintiff, Larry Funches, has recently amended his Complaint to substitute Egon Oldendorff GimbH KG as owner and Catania Shipping, Inc. as charterer in the stead of Hoegh Lines.

Accordingly, Intervenors desire to amend their Complaint of Intervention to name the proper owner and charterer of the subject vessel.

        Respectfully submitted,

_____
ALAN G. BRACKETT   (#14094)
STEPHEN M. HUBER   (#24463)
MOULEDOUX, BLAND, LEGRAND
   & BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:  (504) 595-3000
Facsimile:  (504) 522-2121
Attorneys for Intervenors,
Transocean Terminal Operators, Inc.
and the American Longshore Mutual Association, Ltd.
H:\0250\9-9187 McClellan\Pleadings\Amd 2 Complaint.wpd

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT THE ABOVE
AND FOREGOING PLEADING HAS
BEEN SENT TO ALL COUNSEL OF
RECORD VIA U.S. MAIL, PROPERLY
ADDRESSED AND POSTAGE PREPAID.
THIS ___ DAY OF _____, 2001

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION        00-0342 |
| VERSUS | SECTION                (C) 4 |
| | JUDGE BERRIGAN |
| HOEGH LINES | MAGISTRATE JUDGE ROBY |

### **O R D E R**

Considering the foregoing Motion for Leave to Amend Complaint of Intervention,

IT IS HEREBY ORDERED that Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd., Motion be and the same is hereby granted and the First Amended Complaint of Intervention be filed and made a part of the record;

IT IS FURTHER ORDERED that the claims asserted by Intervenors against Hoegh Lines be and the same are hereby dismissed, without prejudice.

New Orleans, Louisiana, this 18 day of april, 2001.

_____
UNITED STATES DISTRICT JUDGE