

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 20  PM 12: 01

LORETTA G. WHYTE
         CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| ELLIS McCLELLAN | CIVIL ACTION 00-0342 |
|---|---|
| VERSUS | SECTION (C) 4 |
|  | JUDGE BERRIGAN |
| HOEGH LINES | MAGISTRATE JUDGE ROBY |

### FIRST AMENDED COMPLAINT OF INTERVENTION

NOW INTO COURT, through undersigned counsel, come Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd., and amend their original Complaint of Intervention as follows, to-wit:

1.

Intervenors re-aver and re-allege each and every allegation of the original Complaint of Intervention.

2.

Intervenors amend to substitute "Egon Oldendorff GimbH & Co., KG (Owners) and Catania Shipping, Inc. (Charterer)", in place of defendant, "Hoegh Lines" for every reference made in the original Complaint filed herein.

Intervenors amend this matter to substitute the "M/V HOEGH DUKE", in place of and in stead of every reference made in the original Complaint of Intervention to "M/V HOEGH DYKE".

WHEREFORE, Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd., pray for recovery of all sums which they have paid or may be liable to pay to or on behalf of plaintiff which may otherwise be required as a result of the casualty that is the subject of this litigation, pursuant to the Longshore and Harbor Worker's Compensation Act, payable by preference and priority out of first monies received by plaintiff in these proceedings whether by way of judgment, settlement or otherwise, and together with all costs, interest and attorneys' fees, and for other such general and equitable relief as this Honorable Court deems proper and is competent to grant.

Respectfully submitted,

_____
ALAN G. BRACKETT, T.A.   (#14094)
STEPHEN M. HUBER   (#24463)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:   (504) 595-3000
Attorneys for Transocean Terminal
Operators, Inc. and the American
Longshore Mutual Association, Ltd.

PLEASE SERVE:
Egon Oldendorff GimbH & Co. KG
and Catania Shipping, Inc.
Mr. Stephen E. Mattesky
Terriberry, Carroll & Yancey, L.L.P.
3100 Energy Centre
New Orleans, LA 70163-3100

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING PLEADING HAS BEEN SENT TO ALL COUNSEL OF RECORD VIA U.S MAIL, PROPERLY ADDRESSED AND POSTAGE PREPAID.

THIS 17th DAY OF April, 2001