FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 13 PM 1:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0342 |
| HOEGH LINES | * | SECTION: "C" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE: (4) |

## UNOPPOSED MOTION TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, comes Complainant, Ellis McClellan, who moves this Honorable Court for a continuance of the trial of this matter which is presently scheduled for November 13, 2001 for the reasons more fully set forth herein.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748
Attorneys for Complainant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _10_ day of _August_, 2001.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE: (4) |

MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION TO CONTINUE TRIAL

**MAY IT PLEASE THE COURT:**

The original suit of this matter was filed on or about February 2, 2000, alleging Hoegh Lines, a foreign corporation of Oslo, Norway, as the owner/operator of the *M/V Hoegh Dyke*. Defendant, Hoegh Lines, filed its Answer on or about June 20, 2000. At that time, counsel for the parties herein conferred and it was then determined that sometime prior to the incident alleged herein that the *M/V Hoegh Dyke* was sold to another Hoegh entity, **Hoegh/Oldendorff Indotrans Ltd.**, *also a foreign corporation of Oslo, Norway.*

Counsel for Complainant amended the original Complaint for purposes of substituting Hoegh/Oldendorff Indotrans Ltd., in place of Hoegh Lines. Counsel for Defendant, Hoegh Lines, advised that he would attempt to obtain permission from Hoegh/Oldendorff Indotrans Ltd. to execute a waiver of service and to file an answer. Upon doing so it was discovered that Hoegh/Oldendorff Indotrans Ltd. may not be the proper entity. Hoegh Lines, the original

Defendant in this matter, was at one time prior to the incident herein the owner/operator of the *M/V Hoegh Dyke* and has since sold the *M/V Hoegh Dyke*. At that time, counsel herein moved for a continuance of the trial and same was granted.

Counsel herein then amended the Original and First Amending Complaints for purposes of substituting Egon Oldendorff GimbH & Co. KG and Catania Shipping, Inc. in place of Hoegh/Oldendorff Indotrans Ltd. and to substitute the M/V Hoegh Duke in place of the M/V Hoegh Dyke. Counsel herein are fully cooperating with one another and it is believed that the parties named herein are now the proper parties to this litigation. However, no appearance has been made on behalf of Egon Oldendorff GimbH & Co. KG and Catania Shipping, Inc. The companies referenced herein are foreign companies pursuant to the Hague Convention. As of this date the parties herein have been unable to conduct any meaningful discovery while identifying the proper parties. Litigation of this matter will necessitate vast discovery, including corporate depositions, fact witnesses, medical witnesses and experts. Simultaneous to the filing of the instant motion, counsel herein has conferred with counsel on behalf of the newly named parties and it is believed that he will obtain authority in the very near future to file an answer on behalf of said parties.

The parties herein have conferred in regards to the status of this matter and it is clear that it is impossible for the parties to conduct its investigation and discovery to prepare its respective cases for trial.

Wherefore, undersigned counsel would request a continuance of the pre-trial and trial of this matter and, that a status conference be held via telephone for the purposes of reassigning this matter for trial.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _10_ day of _August_, 2001.

_____
THOMAS M. DISCON

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

## ORDER

Considering the foregoing Unopposed Motion to Continue Trial;

**IT IS HEREBY ORDERED** that the Pre-Trial and Trial scheduled in the above-captioned matter be and, the same are hereby continued;

New Orleans, Louisiana this ___ day of _____, 2001.

_____
JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

CERTIFICATE PURSUANT TO
ARTICLE THREE OF THE EXPENSE AND DELAY REDUCTION PLAN

Pursuant to Article Three of the Expense and Delay Reduction Plan, undersigned counsel hereby certifies that he has advised his client that he has initiated a Motion to Continue Trial and that said client has been provided with a copy of said motion and consent; and, further, that all counsel of record have been contacted and agree to the Motion to Continue Trial.

New Orleans, Louisiana this 10 day of August, 2001.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037

424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 835-6435
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _10_ day of _August_, 2001.

_____
THOMAS M. DISCON

2