FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 14 PM 2: 55

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BERRIGAN, J.
AUGUST 14, 2001

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION |
| versus | NO. 00-0342 |
| HOEGH LINES | SECTION: "C" (4) |

A telephone status conference in the above-captioned matter has been set on AUGUST 23, 2001 at 9:00 A.M.   The Court will initiate the call.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 1 4 2001