```
UNITED STATES DISTRICT COURT
           FILED
      October 5, 2001
EASTERN DISTRICT OF LOUISIANA
       Loretta G. Whyte
           Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET

Counsel for plaintiffs in the following numbered and entitled cases are hereby notified that said cases will be called on WEDNESDAY, OCTOBER 17, 2001, at 9:30 a.m. before JUDGE HELEN G. BERRIGAN. Failure to show good cause will result in dismissal for failure to prosecute.

00-0342     ELLIS MCCLELLAN VS. HOEGH LINES, ET AL
            As to Egon Oldendorff GIMBH & Co. KG and Catania Shipping, Inc.


*[signature]*
KIMBERLY A. COUNTY
Courtroom Deputy
504-589-7682


PLEASE DIRECT ALL INQUIRIES TO THE ABOVE NAMED COURTROOM DEPUTY

```
__Fee_____
__Process_____
__Dktd    KAC
__CtRmDep____
__Doc.No. 26
```