UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELLIS MCCELLAN                                    CIVIL ACTION

VERSUS                                            NUMBER: 00-0342

HOEGH LINES, ET AL                                SECTION: "C"

WEDNESDAY, OCTOBER 17, 2001, AT 9:30 A.M.
JUDGE HELEN G. BERRIGAN PRESIDING

COURT REPORTER:     O. J. Robert
COURTROOM DEPUTY:   Kimberly County

**APPEARANCES:**   Thomas Discon, Counsel for Plaintiff
                   Stephen Mattesky, Counsel for Hoegh Lines

CALL DOCKET

Case called for plaintiff to show cause why defendants Egon Oldendorff GIMBH & Co. KG and Catania Shipping, Inc. should not be dismissed for failure to prosecute.
Counsel for the plaintiff advised the Court that an amended complaint will be filed this date to substitute the proper party for the above named defendants.
Counsel for Hoegh Lines informed the Court that he will be representing the proper party and will waive Hague Convention service and answer the amended complaint as soon as possible.
The previously filed motion to continue (record document no. 24) will remain pending.
Court adjourned.

DATE OF ENTRY
OCT 17 2001

___Fee___
___Process___
X_Dktd___
___CtRmDep___ Kc
___Doc.No.___ 27