

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

## UNOPPOSED MOTION FOR LEAVE
## TO AMEND THE ORIGINAL, FIRST AND SECOND AMENDING COMPLAINTS

NOW INTO COURT, through undersigned counsel comes complainant, Ellis McClellan, who moves this Court for leave to amend the original, first and second amending complaints filed in this matter in the following respects:

1. by substituting "Leigh Hoegh & Co. Shipping A/S", in place of and in its stead, for every reference made in the original, first and second amending complaints to "Egon Oldendorff GimbH & Co. KG (owners) and Catania Shipping, Inc. (charterer) ."

Throughout the course of this litigation there has continued to be a question as to the proper identity of the owner of the vessel involved herein for a number of reasons. The question as to the identity/proper name of the owner of the vessel herein was due in large part to the owner being a foreign company located outside of the United States. Secondly, shortly after the incident complained of herein occurred, the vessel herein was sold and the correct owner was not identified



properly. Throughout the course of this litigation, defense counsel has conferred with counsel herein on numerous occasions in attempts to identify the proper owner. Upon learning the alleged proper party amendments were made. Counsel for plaintiff was under the impression that the proper party had been identified. However, on October 10, 2001, counsel herein received correspondence from defense counsel that set forth a need to amend the pleadings again in order to correctly name the owner of the vessel involved herein. See Exhibit "A". Defense counsel has represented to undersigned counsel that upon the amendment requested herein he has permission to file an answer on behalf of Leigh Hoegh & Co. Shipping A/S without the necessity of service of process pursuant to the Hague Convention.

Counsel for complainant certifies to this Honorable Court that counsel for defendant has been contacted and does not assert an objection to the filing and granting of this motion. Counsel herein further submits to this Honorable Court that presently a motion to continue the trial is pending and was filed prior to the request of this amendment.

**WHEREFORE**, complainant, Ellis McClellan, requests leave of Court to file the attached Third Amending Complaint.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 17 day of October, 2001.

*Signature*
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

## UNIFORM LOCAL RULE 7.6E CERTIFICATE

Counsel for complainant, Ellis McClellan, certifies to this Honorable Court that opposing counsel has been contacted pursuant to Rule 7.6E as to its position regarding complainant's Unopposed Motion for Leave to Amend the Original, First and Second Amending Complaints filed in connection with the above-captioned matter. Opposing counsel has asserted no objection to same.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana  70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _17_ day of _October_, 2001.

_____
THOMAS M. DISCON

LAW OFFICES

# TERRIBERRY, CARROLL & YANCEY, L.L.P.

JOHN A. BOLLES
CHARLES F. LOZES
ROBERT J. BARBIER
HUGH RAMSAY STRAUB
DAVID B. LAWTON
JANET WESSLER MARSHALL
GARY A. HEMPHILL
LAURENCE R. DEBUYS IV
KEVIN J. LAVIE
STEPHEN E. MATTESKY
MICHAEL M. BUTTERWORTH
JOHN A. SCIALDONE

KENNETH J. GELPI, JR.
ROBERT P. BLACKBURN
MICHAEL A. ROSENBLATT

3100 ENERGY CENTRE

NEW ORLEANS 70163-3100

TELEPHONE: (504) 523-6451
TELECOPIER: (504) 524-3257
TELEX: 0051254
CABLE ADDRESS: "TERRIB"

BENJAMIN W. YANCEY
(1906-1991)

COUNSEL
ANDREW T. MARTINEZ
C. EDWARD MERRITT
CYNTHIA ANNE WEGMANN

WRITER'S DIRECT E-MAIL

October 10, 2001

**VIA TELEFAX**
No. 674-9749

Thomas M. Discon, Esq.
Discon Law Firm
424 North Causeway Boulevard
Suite A
Mandeville, LA 70448

RE: M/V HOEGH DUKE -
Injury to Ellis McClellan
D/A: 2/2/99
Our File: 32340/DBL

Dear Tom:

I am going to be undertaking the further handling of this matter in our office.

I have reviewed the pleadings and understand there was some question about the proper identity of the shipowner. Unfortunately, even the amended pleadings do not include the correct name of the owner. The owner of HOEGH DUKE at the time of this incident was Leigh Hoegh & Co. Shipping A/S. If you would make one more amendment to bring them in as owner, I will answer on their behalf so that we can get the case moving. Further, I will obtain permission from my client not to object to service of process, so that you don't need to go through the effort of following the Hague Convention for service.

Should you have any questions about the above, please call me.

Yours very truly,

TERRIBERRY, CARROLL & YANCEY, L.L.P.

David B. Lawton

DBL:kms
cc: Alan G. Brackett, Esq.
Discon 04.wpd

Exh. A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

### ORDER

Considering the foregoing Unopposed Motion for Leave to Amend;

**IT IS HEREBY ORDERED,** that complainant's Motion for Leave to Amend be and the same is hereby GRANTED.

**IT IS FURTHER ORDERED,** that complainant's Third Amending Complaint be filed and made a part of the record herein this date.

New Orleans, Louisiana, this 17 day of October, 2001.

_____
JUDGE