

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELLIS McCLELLAN** <br><br> **VERSUS** <br><br> **HOEGH LINES** | **CIVIL ACTION** <br><br> **NO. 00-0342** <br><br> **SECTION "C"** <br> **JUDGE GINGER BERRIGAN** <br><br> **DIVISION (4)** <br> **MAGISTRATE JUDGE** <br> **KAREN WELLS ROBY** |

## ANSWER

NOW INTO COURT, through undersigned counsel, comes defendant Leigh Hoegh & Co. Shipping A/S and in answer to the Third Amended Complaint of plaintiff, Ellis McClellan, avers as follows:

I.

The Third Amended complaint fails to state a claim or cause of action against defendant upon which relief can be granted.

1

II.

AND NOW, specifically answering the allegations of the Third Amended Complaint, defendants deny the allegations in paragraph I of the Third Amended Complaint except to admit that Leigh Hoegh & Co. Shipping A/S is a foreign legal entity that was at all material times the owner of the MV HOEGH DUKE.

III.

Defendants denies the allegations contained in paragraphs II, IV, V, VI, VII, and VIII of the Third Amended Complaint.

IV.

Further answering the Third Amended Complaint and as a separate and complete defense thereto, defendant avers that if plaintiff ever had a claim upon which relief could be granted against defendants, which is denied, such claim for relief is barred by prescription, limitation of actions, the statute of limitations and/or, alternatively, by laches.

V.

Further answering the Third Amended Complaint, defendant avers that if plaintiff's alleged injuries, illnesses and/or disabilities were caused or contributed to by the fault and/or negligence of defendant, which is denied, then defendant specifically pleads the contributory negligence of plaintiff in mitigation of plaintiff's recovery, if any.

VI.

Further answering the Third Amended Complaint, defendant avers that any injuries, illnesses and/or disabilities sustained by plaintiff resulted from plaintiff's own fault, carelessness, inattention to duty and/or negligence for which defendant is not liable, or from the fault, carelessness, inattention to duty and/or negligence of others for whom defendant is not liable.

VII.

Further, defendant avers that plaintiff's alleged injuries, illnesses and/or disabilities were the direct result of injuries, illness and/or disabilities, which pre-existed and/or occurred subsequent to the alleged incident and/or were the natural progression of a condition which pre-existed and/or occurred subsequent to the alleged incident claimed in the Third Amended Complaint and for which defendant is not liable.

VIII.

Further, defendant alleges that plaintiff failed to mitigate his damages.

Defendant reserves the right to set up additional and further defenses after further information concerning the Third Amended Complaint has been obtained.

WHEREFORE, defendant prays that after due proceedings had there be judgment in its favor dismissing the Third Amended Complaint with costs. Defendant further prays for all such other and further relief in the premises as in law or justice they may be entitled to receive.

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Attorneys for Leigh Hoegh & Co. Shipping A/S

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by hand delivery, telefax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 19th day of October, 2001.

_____
DAVID B. LAWTON
ROBERT P. BLACKBURN

answer of Leigh Hoegh.wpd

4