```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2001 OCT 22  PM 2:20

                               LORETTA G. WHYTE
                                    CLERK
```

MINUTE ENTRY
BERRIGAN, J.
October 22, 2001

ELLIS MCCLELLAN                          CIVIL ACTION

VERSUS                                   NO. 00-0342

HOEGH LINES                              SECTION "C"

    IT IS ORDERED that the pre-trial conference previously set for October 23, 2001, at 9:00 a.m. and the trial previously set for November 13, 2001, are CONTINUED to be RESET at a telephone preliminary pre-trial conference on November 14, 2001, at 10:15 a.m.

*[signature]*

DATE OF ENTRY
OCT 22 2001