FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 25  PM 3: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION    00-0342 |
| | SECTION         (C) 4 |
| VERSUS | |
| | JUDGE BERRIGAN |
| HOEGH LINES | MAGISTRATE JUDGE ROBY |

## MOTION FOR LEAVE TO FILE
## SECOND AMENDED COMPLAINT OF INTERVENTION

NOW INTO COURT, through undersigned counsel, come Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd., and move this Court for leave to file their Second Amended Complaint of Intervention in this matter in the following respects:

1.

By substituting "Leigh Hoegh & Co. Shipping A/S" in the place and stead of "Egon Oldendorff GimbH & Co., KG and Catania Shipping, Inc." as referenced in the First Amended Complaint of Intervention; and

DATE OF ENTRY
OCT 29 2001

Fee_____
Process____
X_Dktd____
_CtRmDep__
Doc.No.32

2.

Dismissing Egon Oldendorff GimbH & Co., KG and Catania Shipping, Inc. as defendants-in-intervention without prejudice.

Counsel for Intervenors certifies to this Honorable Court that counsel for defendant and plaintiff have been contacted and do not assert an objection to the filing and granting of this Motion.

Counsel herein further submits to this Honorable Court that the amendment requested herein will in no way impede this matter.

WHEREFORE, Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd., request leave of this Court to file the attached Second Amended Complaint of Intervention.

Respectfully submitted,

_____
ALAN G. BRACKETT, T.A.    (#14094)
STEPHEN M. HUBER    (#24463)
MOULEDOUX, BLAND, LEGRAND
    & BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:  (504) 595-3000
Facsimile:  (504) 522-2121
Attorneys for Intervenors,
Transocean Terminal Operators, Inc.
and the American Longshore Mutual Association, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION   00-0342 |
| | SECTION   (C) 4 |
| VERSUS | JUDGE BERRIGAN |
| HOEGH LINES | MAGISTRATE JUDGE ROBY |

**UNIFORM LOCAL RULE 7.6E CERTIFICATE**

Counsel for Intervenors, Transocean Terminal Operators, Inc. (hereinafter "TTO") and the American Longshore Mutual Association, Ltd. (hereinafter "ALMA"), certify to this Honorable Court that opposing counsel has been contacted pursuant to Rule 7.6E as to their position regarding Intervenors' Motion for Leave to Amend Complaint of Intervention filed in connection with the above-captioned matter. Opposing counsel has asserted no objection to same.

Respectfully submitted,

_____
ALAN G. BRACKETT, T.A.        (#14094)
STEPHEN M. HUBER              (#24463)
MOULEDOUX, BLAND, LEGRAND
   &amp; BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:   (504) 595-3000
Facsimile:   (504) 522-2121
Attorneys for Intervenors,
Transocean Terminal Operators, Inc.
and the American Longshore Mutual Association, Ltd.
H:\0250\99187 McClellan\Pleadings\Amd 2 Complaint2nd.wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION    00-0342 |
| | SECTION    (C) 4 |
| VERSUS | JUDGE BERRIGAN |
| HOEGH LINES | MAGISTRATE JUDGE ROBY |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR LEAVE TO FILE SECOND AMENDED**
**COMPLAINT OF INTERVENTION**

MAY IT PLEASE THE COURT:

When this matter was originally filed, plaintiff sued Hoegh Lines as the owner and operator of the vessel aboard which he was injured while in the employ of Intervenor, Transocean Terminal Operators, Inc. In response to these allegations, Intervenors filed their original Complaint of Intervention against Hoegh Lines as defendant. Plaintiff later amended his Complaint to substitute Egon Oldendorff GimbH KG as owner and Catania Shipping, Inc. as charterer in the stead of Hoegh Lines. Now plaintiff has substituted Leigh

Hoegh & Co. Shipping A/S in the place and stead of Egon Oldendorff GimbH KG and Catania Shipping, Inc. Accordingly, Intervenors desire to amend their Complaint of Intervention to name the proper owner and operator of the subject vessel.

Respectfully submitted,

_____
ALAN G. BRACKETT, J.A.      (#14094)
STEPHEN M. HUBER            (#24463)
MOULEDOUX, BLAND, LEGRAND
   & BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:  (504) 595-3000
Facsimile:   (504) 522-2121
Attorneys for Intervenors,
Transocean Terminal Operators, Inc.
and the American Longshore Mutual Association, Ltd.
H:\0250\99187 McClellan\Pleadings\Amd 2 Complaint2nd.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to File Second Amended Complaint of Intervention, Certificate Pursuant to Local Rule 7.6E, Memorandum in Support, and Second Amended Complaint of Intervention has been served on all counsel of record by mailing the same by United States mail, properly addressed and postage prepaid this 25th day of October, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION    00-0342 |
| | SECTION    (C) 4 |
| VERSUS | JUDGE BERRIGAN |
| HOEGH LINES | MAGISTRATE JUDGE ROBY |

## ORDER

Considering the foregoing Motion for Leave to File Second Amended Complaint of Intervention,

IT IS HEREBY ORDERED that the Motion filed on behalf of Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd., be and the same is hereby granted and the Second Amended Complaint of Intervention be filed and made a part of the record;

IT IS FURTHER ORDERED that the claims asserted by Intervenors against Egon Oldendorff GimbH & Co., KG and Catania Shipping, Inc. be and the same are hereby dismissed, without prejudice.

New Orleans, Louisiana, this 24 day of October, 2001.

_____
UNITED STATES DISTRICT JUDGE