*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 OCT 29 AM 10: 44
LORETTA G. WHYTE
CLERK*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION   00-0342 |
| | SECTION   (C) 4 |
| VERSUS | JUDGE BERRIGAN |
| HOEGH LINES | MAGISTRATE JUDGE ROBY |

### SECOND AMENDED COMPLAINT OF INTERVENTION

NOW INTO COURT, through undersigned counsel, come Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd., and amend their Complaint of Intervention as follows, to-wit:

1.

Intervenors re-aver and re-allege each and every allegation of the original Complaint of Intervention and First Amended Complaint of Intervention.



2.

Intervenors amend to substitute "Leigh Hoegh & Co. Shipping A/S" in the place and stead of "Egon Oldendorff GimbH & Co., KG and Catania Shipping, Inc." for every reference made in the First Amended Complaint of Intervention filed herein.

WHEREFORE, Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd., pray for recovery of all sums which they have paid or may be liable to pay to or on behalf of plaintiff which may otherwise be required as a result of the casualty that is the subject of this litigation, pursuant to the Longshore and Harbor Worker's Compensation Act, payable by preference and priority out of first monies received by plaintiff in these proceedings whether by way of judgment, settlement or otherwise, and together with all costs, interest and attorneys' fees, and for other such general and equitable relief as this Honorable Court deems proper and is competent to grant.

Respectfully submitted,

ALAN G. BRACKETT, T.A.     (#14094)
STEPHEN M. HUBER           (#24463)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 595-3000
Attorneys for Transocean Terminal Operators, Inc.
and the American Longshore Mutual Association, Ltd.