FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 30 AM 11:54

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELLIS McCLELLAN**<br><br>VERSUS<br><br>**HOEGH LINES** | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE GINGER BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

### ANSWER TO COMPLAINT OF INTERVENTION

NOW INTO COURT, through undersigned counsel, comes defendant Leigh Hoegh & Co. Shipping A/S and for answer to the Second Amended Complaint of Intervention filed by Transocean Terminal Operators, Inc. and American Longshore Mutual Association, Ltd, state as follows:

I.

The Second Amended Complaint of Intervention fails to state a claim or cause of action against defendant upon which relief can be granted.

1

II.

AND NOW, specifically answering the allegations of the Second Amended Complaint of Intervention of Transocean Terminal Operators, Inc., and the American Longshore Mutual Association, Ltd., defendants deny the allegations in Articles 1, 2 and 3 for lack of sufficient information upon which to form a belief.

The allegations of Article 4 are denied except to admit that Leigh Hoegh Shipping & Co. Shipping A/S was the owner and/or operator of the M/V HOEGH DUKE at all material times.

The allegations of Article 5 are denied for lack of sufficient information upon which to form a belief.

The allegations of Article 6 do not require an answer, but insofar as an answer is required, the allegations are denied.

Defendant denies any allegations not specifically admitted.

III.

Further answering the Second Amended Complaint of Intervention and as a separate and complete defense thereto, defendant avers that if plaintiff McClellan ever had a claim upon which relief could be granted against defendants, which is denied, such claim for relief is barred by prescription, limitation of actions, the statute of limitations and/or, alternatively, by laches.

IV.

Further answering the Second Amended Complaint of Intervention, defendant avers that if plaintiff McClellan's alleged injuries, illnesses and/or disabilities were caused or contributed to by

the fault and/or negligence of defendant, which is denied, then defendant specifically pleads the contributory negligence of plaintiff McClellan in mitigation of plaintiff McClellan's recovery, if any.

V.

Further answering the Second Amended Complaint of Intervention, defendant avers that any injuries, illnesses and/or disabilities sustained by plaintiff McClellan resulted from plaintiff McClellan's own fault, carelessness, inattention to duty and/or negligence for which defendant is not liable, or from the fault, carelessness, inattention to duty and/or negligence of others for whom defendant is not liable.

VI.

Further, defendant avers that plaintiff McClellan's alleged injuries, illnesses and/or disabilities were the direct result of injuries, illness and/or disabilities, which pre-existed and/or occurred subsequent to the alleged incident and/or were the natural progression of a condition which pre-existed and/or occurred subsequent to the alleged incident claimed in the Second Amended Complaint of Intervention and for which defendant is not liable.

VII.

Further, defendant alleges that plaintiff McClellan failed to mitigate his damages.

WHEREFORE, defendant prays that after due proceedings had there be judgment in its favor dismissing the Second Amended Complaint of Intervention with costs. Defendant further prays for all such other and further relief in the premises as in law or justice they may be entitled to receive.

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Attorneys for Leigh Hoegh & Co. Shipping A/S

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by hand delivery, telefax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 30 day of October, 2001.

_____
DAVID B. LAWTON
ROBERT P. BLACKBURN

Answer to Complaint of Intervention.wpd