

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION |
| VERSUS | NO. 00-0342 |
| HOEGH LINES | SECTION: (C) 4 |
| | JUDGE GINGER BERRIGAN |
| | MAGISTRATE JUDGE ROBY |

**LIST OF WITNESSES**

NOW INTO COURT, through undersigned counsel, come Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd. and submit the following list of witness who may be called to testify at the trial of this matter:

1. Michael Fisackerly, FARA/ALMA Clams, PMB #447-P.O. Box 5918, Metairie, LA 70009 - may testify concerning payments made to or on behalf of plaintiff, Ellis McClellan pursuant to the Longshore and Harbor Workers' Compensation Act.

2. Pat Benfield, Benfield & Co., Benfield & Co., Inc., 3201 General DeGaulle Drive, Suite 200, New Orleans, LA 70114 - may testify concerning payments



made to or on behalf of plaintiff, Ellis McClellan pursuant to the Longshore and Harbor Workers' Compensation Act.

Respectfully submitted,

_____
ALAN G. BRACKETT, T.A. (#14094)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Attorneys for Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd.
0250-9-9187/P-Witness List.wpd

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING PLEADING HAS BEEN SENT TO ALL COUNSEL OF RECORD VIA U.S MAIL, PROPERLY ADDRESSED AND POSTAGE PREPAID. THIS ____ DAY OF _____, ____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 15 PM 3:30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN | CIVIL ACTION |
| VERSUS | NO. 00-0342 |
| HOEGH LINES | SECTION: (C) 4 |
| | JUDGE GINGER BERRIGAN |
| | MAGISTRATE JUDGE ROBY |

**LIST OF EXHIBITS**

NOW INTO COURT, through undersigned counsel, come Intervenors, Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd., and submit the following list of exhibits which may be introduce at the trial of this matter:

1. Wage records concerning plaintiff, Ellis McClellan.

2. Records of indemnity payments made to Ellis McClellan pursuant to the Longshore and Harbor Workers' Compensation Act.

3. Medical bills incurred by Ellis McClellan as a result of his work accident.

4. Records of payment of medical expenses on behalf of Ellis McClellan



___Fee___
___Process___
_X_ Dktd
___CtRmDep___
___Doc.No.___

pursuant to the Longshore and Harbor Workers Compensation Act.

Respectfully submitted,

_____
ALAN G. BRACKETT, T.A. (#14094)
MOULEDOUX, BLAND, LEGRAND &
BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 595-3000
Facsimile:  (504) 522-2121
Attorneys for Intervenors, Transocean
Terminal Operators, Inc. and the American
Longshore Mutual Association, Ltd.
0250-9-9187/P-Exhibit List.wpd

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT THE ABOVE
AND FOREGOING PLEADING HAS
BEEN SENT TO ALL COUNSEL OF
RECORD VIA U S MAIL, PROPERLY
ADDRESSED AND POSTAGE PREPAID.
THIS ____ DAY OF November 2001
_____