

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ELLIS McCLELLAN | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NUMBER: 00-0342 |
| HOEGH LINES | * | SECTION: "C" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

### UNOPPOSED MOTION TO EXTEND PRE-TRIAL DEADLINES

NOW INTO COURT, through undersigned counsel come the parties to this suit, and respectfully file this unopposed motion to extend the pre-trial deadlines for the following reasons, to-wit:

Complainant, intervenors and defendant are in need of additional time for the furnishing and exchanging of expert reports in this matter. The parties herein would request an additional thirty (30) days from the previous deadline as set forth by the Scheduling Order issued in this matter for the furnishing and exchanging of expert reports. Thus, per the calculations of the Scheduling Order issued by the Court in this matter the witness and exhibit lists are normally due on the date defendant's expert reports are to be exchanged. Therefore, counsel herein would request that the deadline to file exhibit and witness lists be extended to coordinate that due date with that of defendant's expert reports.

DATE OF ENTRY
MAR 1 4 2002

The trial of this matter is scheduled to commence on July 1, 2002. Counsel for complainant, intervenors and defendant desire to conduct additional discovery in this matter, including depositions of various medical and expert witnesses. As such, mover would request that the discovery deadline be extended thirty (30) days.

Counsel herein certify to the Court that the extensions requested herein will in no way impede upon the scheduled trial.

**WHEREFORE,** for the foregoing reasons, counsel herein move this Honorable Court to extend the pre-trial deadlines in this matter.

> Respectfully submitted,
>
> DISCON LAW FIRM
>
> BY: _____
> THOMAS M. DISCON, T.A. #14219
> JOHN G. DISCON, #4961
> GREGORY T. DISCON, #22037
> 424 N. Causeway Blvd., Suite A
> Mandeville, Louisiana 70448
> Telephone: (504) 674-9748

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 12th day of March, 2002.

_____
THOMAS M. DISCON

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELLIS McCLELLAN** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER: 00-0342** |
| **HOEGH LINES** | * | **SECTION: "C"** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | **MAGISTRATE: (4)** |

## ORDER

Considering the forgoing Unopposed Motion to Extend Pre-Trial Deadlines;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the expert report deadlines are extended as follows:

Complainant's Expert Reports:     April 12, 2002

Defendants' Expert Reports:       May 12, 2002

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the deadline to submit exhibit and witness lists be and is hereby extended to May 12, 2002; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the discovery deadline be and is hereby extended to June 11, 2002.

New Orleans, Louisiana this ___ day of _____, 2002.

_____
JUDGE