```
                    FILED
               U.S. DISTRICT COURT
              EASTERN DISTRICT OF LA

               2002 APR 12 PM 4: 40

                LORETTA G. WHYTE
                      CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELLIS McCLELLAN** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER: 00-0342** |
| **HOEGH LINES** | * | **SECTION: "C"** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | **MAGISTRATE: (4)** |

### UNOPPOSED MOTION TO EXTEND EXPERT REPORT DEADLINES

**NOW INTO COURT,** through undersigned counsel come the parties to this suit, and respectfully file this unopposed motion to extend the expert report deadlines for the following reasons, to-wit:

Complainant, intervenors and defendant are in need of additional time for the furnishing and exchanging of expert reports in this matter. The parties herein would request an additional two weeks from the previous deadline for the furnishing and exchanging of expert reports.

The trial of this matter is scheduled to commence on July 1, 2002.

Counsel herein certify to the Court that the extensions requested herein will in no way impede upon the scheduled trial.

**WHEREFORE,** for the foregoing reasons, counsel herein move this Honorable Court to extend the expert report deadline in this matter.

```
DATE OF ENTRY
 APR 1 6 2002
```

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 12 day of April, 2002.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

### ORDER

Considering the forgoing Unopposed Motion to Extend Expert Report Deadlines;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the expert report deadlines in this matter are extended by an additional two weeks from the previous deadlines.

New Orleans, Louisiana this 15 day of April, 2002.

_____
JUDGE