```
                                        FILED
                                   U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                   2002 MAY -3  PM 2:41

                                   LORETTA G. WHYTE
                                          CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELLIS McCLELLAN** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER: 00-0342** |
| **HOEGH LINES** | * | **SECTION: "C"** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | **MAGISTRATE: (4)** |

### ANSWER TO FIRST AMENDED COMPLAINT OF INTERVENTION

**NOW INTO COURT,** through undersigned counsel, comes Ellis McClellan, and for answer to the First Amended Complaint of Intervention of Transocean Terminal Operators, Inc. and the American Longshore Mutual Association, Ltd. responds as follows:

1.

Claimant, Ellis McClellan, adopts his Original Answer to Intervention filed in this matter as if copied herein *in extenso*.

**WHEREFORE,** it is respectfully requested that this Answer be deemed good and sufficient and that after due proceedings had that there be judgment rendered herein in favor of defendant in intervention and against intervenors dismissing the Intervention at intervenors' expense, for all general and equitable relief as the nature of the case may permit.



Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana  70448
Telephone: (985) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 30 day of April, 2002.

_____
THOMAS M. DISCON

2