FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAY 13  PM 4:24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN<br><br>VERSUS<br><br>HOEGH LINES | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE ROBY |

## MAY CALL WITNESS LIST

NOW INTO COURT, comes Leigh Hoegh & Co. Shipping A/S, who lists the following witnesses it may call at the trial of this matter:

1. Mr. Erling Hval
   1324 Sylvia Street
   Metairie, LA 70005

2. Mr. Robert Berard
   714 Lake Avenue
   Metairie, LA 70005

3. Chief Kolbjorn I. Meek
   Norway - address unknown

4. Chief Engineer Ove J. Olson
   Norway - address unknown



5. Captain Jan Johansen
   Norway - address unknown

6. Second Officer Luis Mallari
   The Philippines - address unknown

7. A.B. Wilfredo Celda
   The Philippines - address unknown

8. Dr. Jonathan Calkwood
   2020 Gravier Street, Suite B
   New Orleans, LA 70112

9. Dr. Robert Steiner
   3525 Prytania Street, Suite 501
   New Orleans, LA 70113

10. Dr. Ellen Schneider
    1415 Tulane Avenue
    New Orleans, LA 70112

11. Dr. Joel G. Sacks
    1415 Tulane Avenue
    New Orleans, LA 70112

12. Larry Stokes, Ph.D.
    5020 Utica Street
    Metairie, LA 70006

13. Dr. Mohamed Daftary
    1150 Robert Blvd.
    Slidell, Louisiana

14. Dr. Robert Balkan
    3434 Prytania St., Suite 250
    New Orleans, La. 70115

15. A representative of Leigh Hoegh & Co. Shipping A/S;

16. A representative of Cooper/T. Smith

17. Thomas R. Daniel
    Suite 300, 147 Carondelet Street
    New Orleans, Louisiana 70130

18. Any witness necessary to authenticate documents; and

19. Any witness listed by any other party.

                                        Respectfully submitted:

                                        TERRIBERRY, CARROLL & YANCEY, L.L.P.

DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Telefax: (504) 524-3257
Attorneys for Leigh Hoegh & Co. Shipping A/S

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by hand delivery, telefax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 13th day of May, 2002.

DAVID B. LAWTON
ROBERT P. BLACKBURN

N:\New Files Folder\323\32340\P\Witness List.wpd

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAY 13  PM 4:24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELLIS McCLELLAN**<br><br>**VERSUS**<br><br>**HOEGH LINES** | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE ROBY |

## EXHIBIT LIST

NOW INTO COURT, comes Leigh Hoegh & Co. Shipping A/S, who lists the following exhibits it may introduce at the trial:

1.  Applicable deck log entries of M/V HOEGH DUKE;

2.  Diagram of vessel's crane;

3.  Lloyd's Register class certificates relative to ship's gear;

4.  Statement of Luis Mallari;

5.  Stevedore's daily working report;

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

6. Stevedore's daily time sheet;

7. Stevedore's billing invoices;

8. Stevedore's vessel inspection documents;

9. Any other relevant stevedore document;

10. Supervisor's investigation report of employee accident/illness;

11. Relevant Department of Labor records;

12. Plaintiff's IRS records;

13. Records of New Orleans Employers-International Longshoreman's Association, AFL-CIO Pension, Welfare, Vacation and Holiday Funds;

14. Medical records of Dr. Jonathan Calkwood;

15. Records of Waterfront Employers of New Orleans;

16. Medical records of Dr. Robert Steiner;

17. Medical records of Dr. Ellen Schneider;

18. Medical records of Dr. Mohamed Daftary;

19. Medical records of Slidell Radiation Center;

20. Medical records of Dr. Joe Sacks;

21. Medical records of Northshore Family Medical Center;

22. Medical records of Slidell Memorial Hospital;

23. Records of Larry Stokes;

24. Medical records of Northshore Regional Medical Center;

25. Medical records of Marine Medical Unit;

26. Any other medical records of plaintiff's past or current health care providers;

27. Any deposition transcript submitted in lieu of court testimony; and

28. Any exhibit listed by any other party.

                          Respectfully submitted:

                          TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-3100
Telephone: (504) 523-6451
Telefax: (504) 524-3257
Attorneys for Leigh Hoegh & Co. Shipping A/S

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by hand delivery, telefax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 13th day of May, 2002.

_____
DAVID B. LAWTON
ROBERT P. BLACKBURN

N:\New Files Folder\323\32340\P\Exhibit List.wpd

3