

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2002 MAY 14 PM 3:52
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

## WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Ellis McClellan, who submits the following list of witnesses that may be called to testify at the trial of this matter, to-wit:

1. Mr. Ellis McClellan

2. Mrs. Ellis McClellan

3. Kolbjorn Meek

4. Wilfredo Celda

5. Ove Olson

6. Jan Johansen

7. Dr. John J. Watermeier

5. Dr. Cornelius Gorman

6. Dr. Mahmoud Daftary



7. Dr. Robert Balkan

8. Dr. Richard Levine

9. Dr. Jonathan Calkwood

10. Dr. Ellen Schneider

11. Dr. Joel Sacks

12. Dr. Roland Duffour

13. Dr. Michael N. Kleamenakis

14. B.L. Thornton

15. Henry Glover

16. Glen Robb

17. Louis Mallary

18. John Theriot, Malcolm M. Dienes and Company

19. George E. Duffy

20. Mr. James Heikkinen

21. Erling Hval

22. Robert Berard

23. Any other physician who has treated plaintiff prior to or subsequent to the alleged accident herein

24. Any witness needed to identify and/or authenticate a document to be entered into evidence

25. Any witness to the alleged accident herein

26. Representative or employee of TTO

27. Representative of Leigh Hoegh & Co. Shipping A/S

28. Any witnesses listed or sought to be called by any other party.

29. Plaintiff reserves the right to add to and/or otherwise revise the foregoing list of witnesses as additional information may become available and/or as additional discovery may disclose and/or require due to the nature of this case.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 13 day of May, 2002.

_____
THOMAS M. DISCON

```
                              FILED
                         U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

                         2002 MAY 14  PM 3:53

                            LORETTA G. WHYTE
                                 CLERK
```

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELLIS McCLELLAN** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 00-0342 |
| | * | |
| **HOEGH LINES** | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

### EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes plaintiff, Ellis McClellan, who submits the following list of exhibits that may be introduced at the trial of this matter, to-wit:

1. Accident Report

2. Personnel file of Ellis McClellan

3. Plaintiff's tax returns and W-2 forms

4. Social Security Administration records of Ellis McClellan

5. Any and all certified records of medical or hospital treatment to plaintiff prior to and subsequent to the accident at issue, including, but not limited to the records of Dr. John J. Watermeier; Dr. Cornelius Gorman, Dr. Mahmoud Daftary, Dr. Robert Balkan, Dr. Richard Levine, Dr. Jonathan Calkwood, Dr. Ellen Schneider, Dr. Joel Sacks, Dr. Roland Duffour, Dr. Michael N. Kleamenakis, Slidell Memorial Hospital Outpatient Rehab. Center

6. Any and all photographs of the accident site and/or plaintiff



```
___ Fee_____
___ Process___
_X_ Dktd
___ CtRmDep___
___ Doc. No.___
```

7. Logs of the vessels/derricks herein/work assignment sheets

8. Photographs and/or videotapes of the vessels/derricks herein

9. Certificate of Documentation on the vessel involved herein

10. Registration and Ownership Papers on the vessel involved herein

11. Any and all invoices

12. Insurance policies of defendant

13. Any and all log book records for the vessel involved herein

14. Any and all work orders, repair and/or maintenance orders

15. Daily work records/time sheets

16. Any and all exhibits to any deposition taken in this matter

17. Drawings and/or specifications of the subject vessels/derricks along with photographs

18. Medical bills of Ellis McClellan

19. Any and all investigation reports of accident/illness

20. X-rays and/or diagnostic films of Ellis McClellan

21. Any and all Interrogatories, Requests for Production, Requests for Admissions, Answers to Interrogatories, Responses to Requests for Production, and Responses to Requests for Admissions on file in this matter, along with any documents or exhibits produced in connection with same

22. Any and all vessel inspections

23. Records of New Orleans Employers-International Longshoreman's Association, AFL-CIO Pension, Welfare, Vacation and Holiday Fund

24. Records of TTO

25. Any and all forms on file with the Department of Labor

2

26. Records of the Waterfront Employers of New Orleans

27. The deposition(s) of any witness unavailable for trial and/or outside the subpoena power of this Court

28. Any and all exhibits listed or sought to be introduced by any other party to this litigation.

29. Plaintiff reserves the right to add to and/or otherwise revise the foregoing list of exhibits as additional information may become available and/or as additional discovery may disclose and/or require due to the nature of this case.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _13_ day of _May_, 2002.

_____
THOMAS M. DISCON

3