

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELLIS McCLELLAN**<br><br>VERSUS<br><br>**HOEGH LINES** | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE ROBY |

### AMENDED MAY CALL WITNESS LIST

NOW INTO COURT, comes Leigh Hoegh & Co. Shipping A/S, who amends the list of witnesses it may call at the trial of this matter to add the following:

20. Mr. Brian Jones
    Technical Maritime Associates, Inc.
    2908 Hessmer Avenue - Suite 1
    Metairie, Louisiana 70002

21. Dr. Chad Millet
    2731 Napoleon Avenue
    New Orleans, LA 70115

22. Svein Pedersen
    Oslo, Norway



Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Telefax: (504) 524-3257
Attorneys for Leigh Hoegh & Co. Shipping A/S

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by hand delivery, telefax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 29th day of May, 2002.

_____
DAVID B. LAWTON
ROBERT P. BLACKBURN

N:\New Files Folder\323\32340\P\Amended Witness List.wpd

2