

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
BERRIGAN, C.J.
MAY 29, 2002

      **IT IS ORDERED** that the following motions set for hearing on WEDNESDAY, JUNE 5, 2002, will be considered on the briefs.

| | |
|---|---|
| 00-0342 | **ELLIS MCCLELLAN V HOEGH LINES**<br>Motion by Hoegh Lines to exclude expert testimony of Dr. Cornelius E. Gorman and George Duffy (51) |
| 01-1782 | **GLENN DAVIS V BURL CAIN, WARDEN**<br>Motion by Glenn Davis to reconsider motion for production of records (13) |
| 01-1914 | **MICHAEL THOMPSON, ET AL V CROSS OFFSHORE CORPORATION, ET AL**<br>Motion by Argosy of Louisiana, Inc., Argosy Gaming Company and Catfish Queen Partnership in Commendam to dismiss for lack of subject matter jurisdiction (44)<br>Amended motion by Argosy of Louisiana, Inc., Argosy Gaming Company and Catfish Queen Partnership in Commendam to dismiss for lack of subject matter jurisdiction (47) |
| 01-2846 | **SUSAN A. PHILIBERT V THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES**<br>Motion by Equitable Life Assurance Society of the United States to extend defendant's expert report deadline (23) |

DATE OF ENTRY
MAY 29 2002

Fee_____
Process___
X Dktd___
___CtRmDep
Doc.No.___

02-1039    WILLIE TRASK V SCHERING-PLOUGH CORPORATION, ET AL
Motion by Willie Trask to remand to Civil District Court for the Parish of Orleans and request for costs and expenses pursuant to 28 UCS §1447 (7)

02-1266    RONALD A. DALLEO, SR. V TREASURE CHEST CASINO, L.L.C., ET AL
Motion by Teasure Chest Casino, L.L.C. and Boyd Gaming Corporation to transfer to Division "L" (7)

HELEN G. BERRIGAN
CHIEF JUDGE