

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELLIS McCLELLAN**<br><br>VERSUS<br><br>**HOEGH LINES** | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE GINGER BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

### MOTION AND ORDER FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes Leigh Hoegh & Co. Shipping A/S, who moves the Court for an order allowing Magistrate Judge Karen Wells Roby to set for hearing as soon as practical Leigh Hoegh & Co. Shipping A/S' Motion to Compel Discovery, which seeks to compel plaintiff to respond to written discovery propounded on him and to participate in an independent medical examination scheduled with an orthopedist on June 4, 2002. As the court knows, the discovery deadline is June 11, 2002, and as a result, an expedited hearing is necessary

1



DATE OF ENTRY
MAY 3 1 2002



to protect the rights Leigh Hoegh & Co. Shipping A/S' asserts in its motion to compel before the discovery deadline in this case passes.

WHEREFORE, Leigh Hoegh & Co. Shipping A/S prays that its motion to compel be heard as soon as practical by the Magistrate Judge assigned to this case.

TERRIBERRY, CARROLL & YANCEY, L.L.P.

*/s/ Bob Blake*
DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Telefax: (504) 524-3257
Attorneys for Leigh Hoegh & Co. Shipping A/S

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by fax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 28th day of May, 2002.

*/s/ Bob Blake*
DAVID B. LAWTON
ROBERT P. BLACKBURN

Motion for Expedited Hearing.wpd

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELLIS McCLELLAN** | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE GINGER BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |
| VERSUS | |
| **HOEGH LINES** | |

### MEMORANDUM IN SUPPORT OF
### MOTION FOR EXPEDITED HEARING

MAY IT PLEASE THE COURT:

The discovery deadline in this matter set for trial on July 1, 2002 runs on June 11, 2002. Defendant has filed a Motion to Compel to obtain plaintiff's outstanding discovery and to compel plaintiff to participate in an independent medical evaluation. The first available hearing date for this motion is June 12, 2002 and, as a result, defendant suggests that it is necessary to hear this Motion to Compel on an expedited basis so that its rights may be preserved. Such an expedited hearing will not result in prejudice to plaintiff.

Defendant requests that its Motion to Compel be heard before June 1, 2002 so that it will have an opportunity to avoid costs associated with the cancellation of the evaluation now set for June

2

4, 2002 and also to allow it to conduct additional discovery with regard to plaintiff's outstanding discovery before the discovery deadline runs.

TERRIBERRY, CARROLL & YANCEY, L.L.P.

*/s/ Bob Black*

DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Telefax: (504) 524-3257
Attorneys for Leigh Hoegh & Co. Shipping A/S

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by fax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 28th day of May, 2002.

*/s/*

DAVID B. LAWTON
ROBERT P. BLACKBURN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN<br><br>VERSUS<br><br>HOEGH LINES | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE GINGER BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

### ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED that this matter will be heard on an expedited basis on the 5th day of June, 2002, at 11:00 o'clock a.m. without oral argument

_____
UNITED STATES DISTRICT COURT JUDGE