

```
          FILED
    U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

   2002 MAY 28  P 4: 25

   LORETTA G. WHYTE
         CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELLIS McCLELLAN** | CIVIL ACTION |
| | NO. 00-0342 |
| VERSUS | |
| | SECTION "C" |
| | JUDGE GINGER BERRIGAN |
| **HOEGH LINES** | |
| | DIVISION (4) |
| | MAGISTRATE JUDGE |
| | KAREN WELLS ROBY |

## MOTION TO COMPEL DISCOVERY

NOW INTO COURT, comes Leigh Hoegh & Co. Shipping A/S, who moves the Court for an order compelling plaintiff, Ellis McClellan, to answer the Interrogatories propounded to him on or about April 16, 2002, and to produce all documents responsive to the Requests for Production of Documents served on the same date, failing which Leigh Hoegh & Co. Shipping A/S prays there be judgment in its favor and that plaintiff's complaint be dismissed with prejudice, or in the alternative, that it be awarded reasonable attorney's fees associated with the filing of this motion.

1

```
___Fee_____
___Process__
_X_/Dktd____
_√_/CtRmDep_
Doc. No._58_
```

Plaintiff, upon advice of counsel, will not voluntarily submit to a scheduled medical evaluation by Dr. Chad Millet sought by Leigh Hoegh & Co. Shipping A/S, which is necessary because Dr. Steiner, an orthopedist retained by plaintiff's compensation underwriter, is unavailable to testify at the trial in this matter due to out of town commitments.

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Telefax: (504) 524-3257
Attorneys for Leigh Hoegh & Co. Shipping A/S

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by fax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 28th day of May, 2002.

_____
DAVID B. LAWTON
ROBERT P. BLACKBURN

Motion to Compel Discovery.wpd

2

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF LOUISIANA*

| | |
|---|---|
| **ELLIS McCLELLAN**<br><br>**VERSUS**<br><br>**HOEGH LINES** | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE GINGER BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

### CERTIFICATE OF DISCOVERY CONFERENCE

Pursuant to Local Rule 37.1, undersigned counsel for Leigh Hoegh & Co. Shipping A/S scheduled a telephone conference with plaintiff's counsel for May 28, 2002, at 3:00 P.M. Counsel for plaintiff, Ellis McClellan, was notified of said conference by letter dated May 24, 2002. The discovery conference was not held, because plaintiff's counsel did not appear or otherwise seek to postpone the conference. Therefore, the parties were not amicably able to agree on issues relating to the Motion to Compel.

1

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Telefax: (504) 524-3257
Attorneys for Leigh Hoegh & Co. Shipping A/S


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by fax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 28th day of May, 2002.

_____
DAVID B. LAWTON
ROBERT P. BLACKBURN

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN<br><br>VERSUS<br><br>HOEGH LINES | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE GINGER BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

## NOTICE OF HEARING

TO:  Thomas M. Discon, Esq.           Alan G. Brackett, Esq.
     Discon Law Firm                   Mouledoux, Bland, Legrand & Brackett,
     424 North Causeway Boulevard      L.L.C.
     Suite A                           650 Poydras Street, Suite 2150
     Mandeville, LA 70448              New Orleans, LA 70130

PLEASE TAKE NOTICE that the above and foregoing Motion to Compel will be brought on for hearing before the Court at 11:00 o'clock a.m. on Wednesday, June 12, 2002, before

1

Honorable Magistrate Judge Karen Well Roby at the United States District Court for the Eastern District of Louisiana, located at 500 Camp Street, New Orleans, Louisiana..

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Telefax: (504) 524-3257
Attorneys for Leigh Hoegh & Co. Shipping A/S

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by fax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 28th day of May, 2002.

_____
DAVID B. LAWTON
ROBERT P. BLACKBURN

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELLIS McCLELLAN**<br><br>**VERSUS**<br><br>**HOEGH LINES** | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>**JUDGE GINGER BERRIGAN**<br><br>DIVISION (4)<br>**MAGISTRATE JUDGE**<br>**KAREN WELLS ROBY** |

### MEMORANDUM IN SUPPORT OF
### MOTION TO COMPEL DISCOVERY

MAY IT PLEASE THE COURT:

On or about April 16, 2002, Leigh Hoegh & Co. Shipping A/S propounded Interrogatories and Requests for Production of Documents, serving both upon plaintiff.[1] Rule 33 of the Federal Rules of Civil Procedure provides that the party to whom the interrogatories and requests are served

---

[1] See Exhibit A.

1

shall serve written responses or objections with thirty (30) days after service of the request. To date, plaintiff has failed to file written response and/or an objection.

Leigh Hoegh & Co. Shipping A/S submits there is no good reason why the information sought should not be forthcoming, that the documents sought are in the custody, possession, and/or control of plaintiff and constitute evidence material to the matter involved herein.

Additionally, Leigh Hoegh & Co. Shipping A/S has sought plaintiff's participation in an independent medical examination on June 4, 2002. Upon the advice of his attorney, plaintiff has declined to participated in this examination voluntarily. In this case, the discovery deadline runs on June 11, 2002 and the time of the examination on June 4, 2002 is the only date available for the examination.

Leigh Hoegh & Co. Shipping A/S has not been afforded the opportunity to have such an examination take place by a doctor of its own choosing, as is its right, and does so only now after recently learning that the orthopedist retained by intervening interests will not be available to testify at trial, which is scheduled to commence on July 1, 2002. As trial will be by jury, Leigh Hoegh & Co. Shipping A/S submits that it will be prejudiced by plaintiff's failure to participate in an independent medical evaluation on June 4, 2002. There will be no prejudice to plaintiff, as plaintiff's orthopedist, Dr. Watermeier, will be able to testify live at trial to refute any opinions offered by Dr. Millet. Additionally, Leigh Hoegh & Co. Shipping A/S has not objected to the various motions to amend and to extend certain deadlines filed by plaintiff in these proceedings.

TERRIBERRY, CARROLL & YANCEY, L.L.P.

*/s/ David B. Lawton*

DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Telefax: (504) 524-3257
Attorneys for Leigh Hoegh & Co. Shipping A/S

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by fax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 28th day of May, 2002.

*/s/ David B. Lawton*

DAVID B. LAWTON
ROBERT P. BLACKBURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN<br><br>VERSUS<br><br>HOEGH LINES | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE GINGER BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

INTERROGATORIES PROPOUNDED
BY LEIGH HOEGH & CO. SHIPPING A/S

TO:   Ellis McClellan,
      through his attorneys
      Thomas M. Discon, Esq.
      John G. Discon, Esq.
      Gregory T. Discon, Esq.
      Discon Law Firm
      424 N. Causeway Blvd., Suite A
      Mandeville, LA  70448

1



Please take notice that you are hereby notified and required to answer separately the following interrogatories fully, in writing and under oath, and to serve your answers upon defendant through its attorney of record, David B. Lawton, within 30 days of the date herein, in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

### INTERROGATORY NO. 1:

Please state the names and addresses of each and every doctor, physician, surgeon, chiropractor or physical therapist whom you have consulted or by whom you have been examined or treated in the last ten years.

### INTERROGATORY NO. 2:

Please identify the insurance company providing plaintiff funds following an automobile accident said to have occurred in the summer of 1999, any claims adjuster involved with said payment, and any claim number or reference number provided to plaintiff by the insurance company.

### INTERROGATORY NO. 3:

Please give the full name, last known address, and telephone number of any persons who were working with you or were on the vessel at the time and with whom either you, your attorney or someone on your behalf have spoken with in connection with the accident.

### INTERROGATORY NO. 4:

Please identify the name, address and telephone number of the crane operator who relieved plaintiff on the date of the alleged accident. If this individual's full name is not known, please provide any information regarding this individual known by plaintiff.

**INTERROGATORY NO. 5**:

Please list the names, addresses and telephone numbers of all witnesses you intend to call at the trial of this matter.

**INTERROGATORY NO. 6**·

Please state the names and addresses of all persons from whom you, or your attorney, have taken statements in this matter, and the date each such statement was taken.

**INTERROGATORY NO. 7**:

Please state in detail how you contend defendant was negligent.

**INTERROGATORY NO. 8**:

Describe all medica conditions caused or aggravated by the alleged incident.

**INTERROGATORY NO. 9**:

Please list the names, address, and telephone number of every witness you believe saws the oil/fluid/grease you allegedly slipped in.

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Attorneys for Leigh Hoegh & Co. Shipping A/S

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by fax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this __16__ day of April, 2002.

_____
DAVID B. LAWTON
ROBERT P. BLACKBURN

Interrogatories - plaintiff.wpd

4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN<br><br>VERSUS<br><br>HOEGH LINES | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE GINGER BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

**REQUEST FOR PRODUCTION OF DOCUMENTS**
**PROPOUNDED BY LEIGH HOEGH & CO. SHIPPING A/S**

TO:   Ellis McClellan,
      through his attorneys
      Thomas M. Discon, Esq.
      John G. Discon, Esq.
      Gregory T. Discon, Esq.
      Discon Law Firm
      424 N. Causeway Blvd., Suite A
      Mandeville, LA 70448

1

NOW INTO COURT, comes Leigh Hoegh & Co. Shipping A/S, and requests plaintiff, Ellis McClellan, produce the following documents in 30 days all in accordance with the Federal Rules of Civil Procedure:

**REQUEST FOR PRODUCTION NO. 1**:

Income tax records, including W-2's and 1040's, for the last five years.

**REQUEST FOR PRODUCTION NO. 2**:

Any and all statements and/or tape recordings you have concerning the accident or circumstances surrounding the accident.

**REQUEST FOR PRODUCTION NO. 3**:

All documents you contend establish, or support a finding of, vessel negligence in connection with plaintiff's allegations.

**REQUEST FOR PRODUCTION NO. 4**:

All documents, correspondence, or reports possessed by plaintiff regarding an automobile accident in which he was said to have been involved in during the summer of 1999.

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-3100
Telephone:  (504) 523-6451
Attorneys for Leigh Hoegh & Co. Shipping A/S

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by fax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 16 day of April, 2002.

DAVID B. LAWTON
ROBERT P. BLACKBURN

Request for Production of Documents - plaintiff wpd