FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN -4 AM 4:46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0342 |
| HOEGH LINES | * | SECTION: "C" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE: (4) |

MEMORANDUM IN OPPOSITION TO
MOTION TO COMPEL DISCOVERY AND PHYSICAL EXAMINATION

MAY IT PLEASE THE COURT:

Defendant's motion to compel is a dual motion seeking to compel responses to discovery and to compel an IME of plaintiff by a third orthopedist.

First, plaintiff responded to the discovery of Defendant on June 3, 2002, a copy of which is attached as Exhibit "A".

Secondly, Federal Rule of Civil Procedure 35 does not state that the Court <u>must</u> order my client to see a physician that defendant desires my client to see. Rather, it states the Court "may" order it be done. Further, good cause has to be shown by the movant.

In this case, movant has not shown good cause warranting that my client should be examined by a third orthopedist. Dr. Robert Steiner first examined the plaintiff on February 11, 1999, then again on May 18, 1999, and again on January 25, 2000. Dr. Robert Steiner has issued various

reports opining as to the medical conditions, limitations, diagnosis, etc. regarding plaintiff. The deposition of Dr. Robert Steiner was noticed by defendant herein and taken on Monday, May 20, 2002.

In this case, defendant waited until after the deposition of Dr. Steiner and until after the deadline for expert reports to request that plaintiff undergo examination by a third orthopedist, Dr. Chad Millet. Plaintiff received from defendant a facsimile dated May 30, 2002, requesting plaintiff to attend an IME by Dr. Chad Millet. This request was well past defendant's expert report deadline. Defendant sets forth that they only recently learned that Dr. Steiner will not be available to testify at trial and will be prejudice by same. Defendant is more than capable of utilizing the deposition testimony of Dr. Steiner recently taken and/or has had amble opportunity to schedule the videotape deposition of Dr. Steiner to be utilized at the trial of this matter. Plaintiff will be at a greater risk for prejudice should plaintiff be forced to undergo examination by a third orthopedic doctor who will have only examined him one time prior to trial and by the defendant attempting to utilize the records and testimony of Dr. Steiner as well as that of Dr. Chad Millet. Defendant has not shown good cause in ordering plaintiff to undergo a third orthopedic evaluation past the deadline for treating physician reports. Defendant's motion should be denied.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037

2

424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 4 day of June, 2002.

_____
THOMAS M. DISCON

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

### RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Ellis McClellan, who responds to requests for production of documents propounded unto him by the defendant, Leigh Hoegh & Co. Shipping A/S, as follows, to-wit:

### REQUEST FOR PRODUCTION NUMBER 1:

Income tax records, including W-2's and 1040's, for the last five years.

### RESPONSE:

See attached Exhibit "A".

### REQUEST FOR PRODUCTION NUMBER 2:

Any and all statements and/or tape recordings you have concerning the accident or circumstances surrounding the accident.


EXHIBIT A

**RESPONSE:**

Plaintiff objects to this request on the grounds it seeks information and/or documentation prepared in anticipation of litigation and/or impeachment evidence.

**REQUEST FOR PRODUCTION NUMBER 3:**

All documents you contend establish, or support a finding of, vessel negligence in connection with plaintiff's allegations.

**RESPONSE:**

Please see exhibit list filed in this matter.

**REQUEST FOR PRODUCTION NUMBER 4:**

All documents, correspondence, or reports possessed by plaintiff regarding an automobile accident in which he was said to have been involved in during the summer of 1999.

**RESPONSE:**

See attached Exhibit "B".

Plaintiff reserves the right to supplement in whole and/or in part any of the above and foregoing responses.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana  70448
Telephone: (985) 674-9748

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 3 day of June, 2002.

_____
THOMAS M. DISCON

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0342 |
| | * | |
| HOEGH LINES | * | SECTION: "C" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (4) |

## ANSWERS TO INTERROGATORIES

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Ellis McClellan, who answers interrogatories propounded unto him by the defendant, Leigh Hoegh & Co. Shipping A/S, as follows, to-wit:

### INTERROGATORY NUMBER 1:

Please state the name and addresses of each and every doctor, physician, surgeon, chiropractor or physical therapist whom you have consulted or by whom you have been examined or treated in the last ten years.

### ANSWER:

To the best of plaintiff's recollection the following list represents doctors, physicians, surgeons, chiropractors or physical therapist whom have treated him for the past ten years:

Marine Medical Unit
1701 Tchoupitoulas Street
New Orleans, Louisiana 70130

Dr. John J. Watermeier
The Louisiana Clinic
3715 Prytania Street, Suite 101
New Orleans, Louisiana   70115

The Urology Center
1150 Robert Boulevard
Slidell, Louisiana   70458

Dr. Robert Steiner
3525 Prytania Street, Suite 501
New Orleans, Louisiana   70115

Dr. Richard Levine
2820 Napoleon Avenue
New Orleans, Louisiana   70115

Dr. Joel Sacks
Tulane University Medical Group
Department of Ophthalmology
1415 Tulane Avenue
New Orleans, Louisiana   70112

Dr. Jonathan Calkwood
LSU Eye Clinic
2020 Gravier Street
New Orleans, Louisiana

Dr. Louis George Cucinotta
1850 Gause Boulevard, Suite 304
Slidell, Louisiana   70461

Dr. Ellen Schneider
2250 Gause Boulevard, Suite 200
Slidell, Louisiana   70461

Dr. Roland Duffour
1400 Highway 190 West
Slidell, Louisiana   70460

Dr. Robert J. Balkan
3434 Prytania Street, Suite 250
New Orleans, Louisiana 70115

Dr. Michael N. Kleamenakis
Gentilly Vision Source
3239 Gentilly Boulevard
New Orleans, Louisiana   70122

Slidell Memorial Hospital
Outpatient Rehab Services
501 Robert Boulevard
Slidell, Louisiana   70458

Slidell Memorial Hospital and Medical Center
1001 Gause Boulevard
Slidell, Louisiana   70458

Northshore Regional Medical Center
100 Medical Center Drive
Slidell, Louisiana   70461

Further, please refer to the deposition testimony of plaintiff and medical records attached hereto.

**INTERROGATORY NUMBER 2:**

Please identify the insurance company providing plaintiff funds following an automobile accident said to have occurred in the summer of 1999, any claims adjuster involved with said payment, and any claim number or reference number provided to plaintiff by the insurance company.

**ANSWER:**

Please see Exhibit "C" of Responses to Requests for Production of Documents.

**INTERROGATORY NUMBER 3:**

Please give the full name, last known address, and telephone number of any persons who were working with you or were on the vessel at the time and with whom either you, your attorney or someone on your behalf have spoken with in connection with the accident.

**ANSWER:**

    Robert Berard
    969 Rosa Avenue
    Metairie, Louisiana  70005

    Erling Hval
    1324 Sylvia Avenue
    Metairie, Louisiana  70005

    B.L. Thornton
    504-945-6707

    Henry Glover
    4923 Bonita Drive
    New Orleans, Louisiana  70126
    504-246-1441

    Glen Robb
    504-523-3959

**INTERROGATORY NUMBER 4:**

Please identify the name, address and telephone number of the crane operator who relieved plaintiff on the date of the alleged accident. If this individual's full name is not known, please provide any information regarding this individual known by plaintiff.

**ANSWER:**

Please refer to the deposition testimony of the plaintiff. Further, plaintiff recollects that at 6:00 p.m. the gang switched cranes and is unsure of who or which gang got hired that night.

**INTERROGATORY NUMBER 5:**

Please list the names, addresses and telephone numbers of all witnesses you intend to call at the trial of this matter.

4

**ANSWER:**

1. Mr. Ellis McClellan
   1373 Westlawn
   Slidell, LA   70458

2. Mrs. Ellis McClellan
   1373 Westlawn
   Slidell, LA   70458
   (504) 646-2655

3. Kolbjorn Meek - address unknown

4. Wilfredo Celda - address unknown

5. Ove Olson - address unknown

6. Jan Johansen - address unknown

7. Dr. John J. Watermeier
   The Louisiana Clinic
   3715 Prytania Street, Suite 501A
   New Orleans, Louisiana   70115

8. Dr. Cornelius Gorman
   704 Main Street
   Madisonville, Louisiana   70447

9. Dr. Mahmoud Daftary
   1150 Robert Boulevard
   Slidell, Louisiana

10. Dr. Robert Balkan
    3434 Prytania Street, Suite 250
    New Orleans, Louisiana 70115

11. Dr. Richard Levine
    2820 Napoleon Avenue
    New Orleans, Louisiana   70115

12. Dr. Jonathan Calkwood
    LSU Eye Clinic
    2020 Gravier Street
    New Orleans, Louisiana

13. Dr. Ellen Schneider
    2250 Gause Boulevard, Suite 200
    Slidell, Louisiana   70461

14. Dr. Joel Sacks
    Tulane University Medical Group
    Department of Ophthalmology
    1415 Tulane Avenue
    New Orleans, Louisiana   70112

15. Dr. Roland Duffour
    1400 Highway 190 West
    Slidell, Louisiana   70460

16. Dr. Michael N. Kleamenakis
    3239 Gentilly Boulevard
    New Orleans, Louisiana   70122

17. B.L. Thornton

18. Henry Glover
    4923 Bonita Drive
    New Orleans, Louisiana   70126

19. Glen Robb - address unknown

20. Louis Mallary - address unknown

21. Mr. John Theriot
    MALCOLM M. DIENES & COMPANY
    301 Magazine Street, 2nd Floor
    New Orleans, Louisiana   70130

22. George E. Duffy
    Marine Consultant
    110 James Drive West, Suite 120
    St. Rose, Louisiana   70087

6

23. Mr. James Heikkinen
    Safety & Risk Management Review Services
    P.O. Box 434
    LaPlace, Louisiana 70069-0434

24. Erling Hval
    1324 Sylvia Street
    Metairie, Louisiana 70005

25. Robert Berard
    714 Lake Avenue
    Metairie, Louisiana 70005

26. E. Frdonk - address unknown

27. Any other physician who has treated plaintiff prior to or subsequent to the alleged accident herein

28. Any witness needed to identify and/or authenticate a document to be entered into evidence

29. Any witness to the alleged accident herein

30. Representative or employee of TTO

31. Representative of Leigh Hoegh & Co. Shipping A/S

32. Any witnesses listed or sought to be called by any other party.

33. Plaintiff reserves the right to add to and/or otherwise revise the foregoing list of witnesses as additional information may become available and/or as additional discovery may disclose and/or require due to the nature of this case.

**INTERROGATORY NUMBER 6:**

Please state the names and addresses of all persons from whom you, or your attorney, have taken statements in this matter, and the date each such statement was taken.

7

**ANSWER:**

Plaintiff objects to this request on the grounds it seeks information and/or documentation prepared in anticipation of litigation and/or impeachment evidence. However, without waiving said objection, plaintiff is not aware of any statements other than that of plaintiff referred to in his deposition.

**INTERROGATORY NUMBER 7:**

Please state in detail how you contend defendant was negligent.

**ANSWER:**

Please refer to the reports of Duffy and Heikkinen.

**INTERROGATORY NUMBER 8:**

Describe all medical conditions caused or aggravated by the alleged incident.

**ANSWER:**

Injuries to my back, sexual dysfunction and hearing.

**INTERROGATORY NUMBER 9:**

Please list the names, address, and telephone number of every witness you believe saw the oil/fluid/grease you allegedly slipped in.

**ANSWER:**

Please see the deposition testimony of plaintiff. Further, plaintiff is not sure who could have seen the substance described herein but does believe the ship's crew should have known.

Plaintiff reserves the right to supplement in whole and/or in part any of the above and foregoing responses.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana  70448
Telephone: (985) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _3_ day of _June_____, 2002.

_____
THOMAS M. DISCON

9