FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN 11  P 4:34

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BERRIGAN, C. J.
JUNE 11, 2002

ELLIS MCCLELLAN                    CIVIL ACTION

VERSUS                             NO. 00-342

HOEGH LINES                        SECTION "C" (4)


IT IS ORDERED that the motion to exclude expert testimony of Dr. Cornelius E. Gorman and George Duffy is GRANTED. This case involves an alleged slip and fall on hydraulic fluid and a plaintiff with other health problems. Dr. Gorman's report merely summarizes information from other sources and gives no basis for his opinion that the plaintiff can not perform alternative employment. Indeed, the report is also internally inconsistent. It reports, for example, that the plaintiff is legally blind, then reports that the plaintiff claimed he could have continued as a crane operator but for his back injury. Testimony can not substitute for an inadequate expert report. The purpose of the report is to set forth the parameters of the qualifications of the expert, his evaluation and the basis thereof. Dr. Gorman is certainly qualified but his evaluation is too lacking in

DATE OF ENTRY
JUN 12 2002

Fee_____
Process___
X  Dktd BC
___CtRmDep
Doc.No. 73

substance or justification to permit him to testify.

George Duffy's "opinion" either is unnecessary as being well within the common sense scope of the fact finder to glean or is an improper statement of legal principles more appropriate to jury instruction.

