FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN 11  PM 4:30

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BERRIGAN, C. J.
JUNE 11, 2002

ELLIS MCCLELLAN                    CIVIL ACTION

VERSUS                             NO. 00-342

HOEGH LINES                        SECTION "C" (4)

On this date, the Court held the final pre-trial conference in this matter with the following counsel in attendance: Thomas Discon for the plaintiff and David Lawton and Robert Blackburn for the defendant. The following items were discussed, determined and ordered:

(1) Any motion in limine shall be filed no later than June 21, 2002, at 4:30 p.m.. Any opposition thereto shall be filed no later than June 24, 2002, at 4:30 p.m.

(2) By 4:30 p.m. on June 21, 2002, counsel for the plaintiff is to prepare and submit to the Court two (2) copies of a single Bench Book which shall contain:

(a) An index of all exhibits listing and numbering all exhibits sequentially and without reference to the offering party. All "un-objected to" exhibits are to be listed first followed by the "objected to" exhibits. In a separate document

1

DATE OF ENTRY
JUN 12 2002

to be submitted to the Court at the same time, the offering party must briefly respond to each objection in 2-3 sentences.

(b) All exhibits are to be included in one Bench Book and tabbed. Each individual exhibit exceeding 5 pages in length shall be individually paginated.

(3) Any discovery that will be used as an exhibit must be specifically identified; for example, the exact Interrogatory and corresponding Answer. Likewise, other documents such as regulations or portions of files must be specifically identified.

(4) All pre-trial memoranda, proposed special jury charges, proposed special voir dire questions and proposed jury interrogatories shall be submitted no later than June 21, 2002, at 4:30 p.m. All contested issues of law shall be briefed.

(5) If any video depositions are to be used at trial, the offering party must submit a copy of the transcript to this Court by June 21, 2002, at 4:30 p.m. Additionally, any video deposition must be edited so as to delete all objections and colloquy of counsel, and there shall be no "dead" video or audio spots in the video deposition. If the parties cannot amicable resolve all of the objections, the offering party must submit a transcript of the deposition to this Court by June 21, 2002, at 4:30 p.m., with the disputed objections highlighted and the Court will promptly rule thereon so that the video deposition can be edited as described prior to trial. A copy of the "clean" video

deposition shall be submitted prior to trial.

(6) Any transcribed deposition testimony to be used at trial shall be submitted no later than June 21, 2002, at 4:30 p.m. Again, all objections and colloquy shall be deleted and all offered testimony highlighted. In the absence of agreement on objections, counsel shall submit a copy of the deposition with a brief statement specifying the objection and reason therefore no later than June 21, 2002, at 4:30 p.m.. Any reply shall be filed no later than June 24, 2002, at 4:30 p.m. The Court will promptly rule so that a copy of the "clean" deposition can be submitted prior to trial.

(7) Any objections as to the admissibility of a document or the ability of a witness to testify based upon noncompliance with any deadline shall be raised by written motion filed no later than June 21, 2002, at 4:30 p.m.

(8) Trial shall commence on July 1, 2002, at 10:00 a.m.

(9) The parties shall pursue amicable resolution of this matter.