FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN 26 AM 8:31

LORETTA G. WHYTE
CLERK

COPY IN CHAMBERS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS McCLELLAN | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0342 |
| HOEGH LINES | * | SECTION: "C" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE: (4) |

### MEMORANDUM IN SUPPORT OF OBJECTIONS TO TRIAL EXHIBITS

MAY IT PLEASE THE COURT:

As per the Order of Pre-Trial Conference issued in this matter, counsel herein submits objections to certain trial exhibits of defendant for the following reasons:

Plaintiff objects to Defendant's Exhibit No. 15, Statement of Luis Mallari, as hearsay. Plaintiff's basis for said objection is that the statement of Luis Mallari is not the actual testimony of said witness, nor has said witness been made available for deposition, nor will said witness be testifying live at the trial of this matter and therefore constitutes hearsay.

Plaintiff objects to Defendant's Exhibit No. 16, Stevedore's billing invoices, on the basis that the invoices which show that services being performed at the time in question were paid for are totally irrelevant having nothing to do with the accident in question.

Plaintiff objects to Defendant's Exhibit No. 17, Records involving plaintiff's intervening automobile incident on the basis of relevance and hearsay. The records referenced lack

authentication and moreover, said records contain medical records and statements also lacking authentication by the source and constitute hearsay. Further, said records are irrelevant to the alleged accident at issue.

Plaintiff objects to Defendant's Exhibit No. 18, Records of New Orleans Employers-International Longshoreman's Association, AFL-CIO Pension, Welfare, Vacation and Holiday Funds on the basis of relevance and hearsay. The records referenced lack authentication and are irrelevant to the alleged accident at issue.

Plaintiff objects to Defendant's Exhibit Nos. 19-29, Medical records of Dr. Jonathan Calkwood; C.V. of Dr. Robert Steiner; Medical records of Dr. Robert Steiner; Medical records of Dr. Robert Balkan; Medical records of Dr. Michael Kleamenakis; Medical records of Dr. Mohamed Daftary; Medical records of Dr. Esteban O. Romano; Medical records of Slidell Radiation Center; Medical records of Slidell Memorial Hospital; Medical records of Dr. Richard L. Levine; and, Medical records of Northshore Regional Medical Center all on the basis of hearsay. The records referenced herein are objected to for several reasons, all of which form the basis of hearsay. First, not all records are identified as certified true copies. Second, said records have not been stipulated to by the parties herein. Third, the physicians who are to have authored said records/reports are all local physicians and capable of testifying live to the jury. Said medical records constitute hearsay.

Wherefore, Plaintiff would request an Order of this Court excluding the use of Defendant's Exhibit Nos. 15-29 as identified herein at the trial of this matter.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 24 day of June, 2002.

_____
THOMAS M. DISCON