FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN 26  AM 8: 31

LORETTA G. WHYTE
CLERK

COPY IN CHAMBERS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN<br><br>VERSUS<br><br>HOEGH LINES | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE GINGER BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

### DEFENDANT'S OBJECTIONS TO
### DEPOSITION SUBMISSIONS AND PLAINTIFF'S EXHIBITS

NOW INTO COURT, comes defendant, Leigh Hoegh & Co. Shipping A/S, who submits the following objections to the deposition submissions of plaintiff:

**Deposition of Svein Pedersen**

**Page 26, line 4**

Objection: The question asks the witness to speculate and/or calls for impermissible opinion testimony. The question is also argumentative.

-1-

Fee_____
Process____
X  ktd_____
___ CtRmDep
Doc. No. ___

**Page 27, line 23 to page 28, line 1**

Objection:   Improper foundation, the question assumes facts not in evidence and calls for impermissible opinion testimony.

**Page 28, lines 14-23**

Objection:   Improper foundation, the question assumes facts not in evidence, call for impermissible opinion testimony and had been asked and answered.

**Page 29, lines 16-25**

Objection:   The question is speculative and assumes facts not in evidence [that there were "oily rags"].

**Page 30, lines 17-25**

Objection:   Irrelevant. The nationality of the vessel's crew bears no relevance to this case.

**Page 31, lines 1-9**

Objection:   Irrelevant. The nationality of the vessel's crew bears no relevance to this case.

**Page 31, line 21 to Page 32, line 14**

Objection:   The question is speculative in that it presumes facts not in evidence and also asks the witness to make a conclusion of law..."the crew...should have cleaned it.."

**Page 34, line 3 to Page 35, line 8**

Objection:   The question is speculative and calls for impermissible opinion testimony.

## Deposition of Kolbgoerm Meek

### Page 14, lines 21-25

Objection:   Improper form and also assumes facts not in evidence, i.e., that there was an oil spill.

### Page 15, lines 2-7

Objection:   Assumes facts not in evidence, i.e., that there was an oil spill.

### Page 20, lines 4-12

Objection:   Improper form and also presumes facts not in evidence, i.e., that there was an oil spill.

## Deposition of Dr. Urmila S. Kedia

### Page 24, lines 8-19

Objection:   The question had been asked and answered in lines 4 and 7 of p. 24.

## EXHIBITS

### Exhibit 31.  Gard Statutes and Rules of Entry 1999

Objection:   Defendant objects to this exhibit because it is irrelevant.  Assuranceforeningen Gard is not a party to this lawsuit and any proof of insurance is not admissible as to the issue of whether or not defendant acted negligently or otherwise wrongfully pursuant to Federal Code of Evidence Rule 411.

**Exhibit 32. Plaintiff's Medical Bills**

Objection:   Defendant objects to this exhibit because it is irrelevant and its authenticity is questionable. First, plaintiff's medical bills, on information and belief have been paid by plaintiff's workmen's compensation underwriter and, as a consequence, plaintiff is not entitled to recover these amounts should liability be imposed. Second, defendant has not been provided, or been given an opportunity to review these documents to ensure their authenticity.

          Respectfully submitted:

          TERRIBERRY, CARROLL & YANCEY, L.L.P.

          *[signature]*

          DAVID B. LAWTON, T.A. (# 8149)
          ROBERT P. BLACKBURN (#24968)
          3100 Energy Centre
          1100 Poydras Street
          New Orleans, LA 70163-3100
          Telephone: (504) 523-6451
          Attorneys for Leigh Hoegh & Co. Shipping A/S

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by hand delivery, telefax or by depositing same in the U.S. mail, properly addressed, postage prepaid, this 21st day of June, 2002.

                        DAVID B. LAWTON
                        ROBERT P. BLACKBURN

N:\New Files Folder\323\32340\P\Objections to deposition submissions.wpd