FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN 26  AM 8: 31

LORETTA G. WHYTE
CLERK


COPY IN CHAMBERS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELLIS McCLELLAN** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 00-0342** |
| | * | |
| **HOEGH LINES** | * | **SECTION: "C"** |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | **MAGISTRATE: (4)** |

### RESPONSE TO OBJECTIONS RAISED BY DEFENDANT
### AS TO EXHIBITS INTRODUCED BY PLAINTIFF

**MAY IT PLEASE THE COURT:**

Defendant objects to the following exhibits offered by plaintiff: Photograph of Vessel, Gard Statutes and Rules 1999, and Medical Bills of Plaintiff. Plaintiff submits this response as per the Minute Entry of June 11, 2002.

Defendant objects to Exhibit No. 30 - Photograph of Vessel based on foundation. The picture referenced herein depicts the accident scene and a bag of rags which were located in the area of the deck at the base of the access ladder where it is alleged that hydraulic fluid accumulate causing plaintiff to slip and fall. Said photograph was taken by plaintiff following his accident and will be authenticated at the time of trial during plaintiff's testimony.

___Fee_____
___Process_____
___Dkid_____
___CIRmDep._____
Doc. No._____

Defendant objects to Exhibit No. 31 - Gard Statutes and Rules 1999 based on relevance. The exhibit referenced herein was produced by defendant through discovery. Defendant failed to set forth an objection to said exhibit in the Pre-Trial Order. Further, the Gard Statutes and Rules is the insurance policy of defendant.

Defendant objects to Exhibit No. 32 - Medical Bills of Plaintiff based on relevance and hearsay. The medical bills will be authenticated by the treating physician at the time of his testimony. Further, the medical bills were previously furnished to defendant throughout the course of discovery and will set forth the damages of plaintiff.

Respectfully submitted,

DISCON LAW FIRM

BY:_____

THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this ____ day of _____, 2002.

_____
THOMAS M. DISCON