

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELLIS MCCLELLAN                                          CIVIL ACTION

VERSUS                                                   NO. 00-342

LEIGH HOEGH & CO., ET AL                                 SECTION "C"(4)

*****************

<u>ORDER OF DISMISSAL</u>

The Court having been advised by counsel for plaintiff that all parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, June 26, 2002.

DATE OF ENTRY
JUN 2 7 2002

GINGER BERRIGAN
UNITED STATES DISTRICT JUDGE