



U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2002 JUL 31 AM 11: 42
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS McCLELLAN<br><br>VERSUS<br><br>HOEGH LINES | CIVIL ACTION<br><br>NO. 00-0342<br><br>SECTION "C"<br>JUDGE GINGER BERRIGAN<br><br>DIVISION (4)<br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

### JOINT MOTION AND ORDER OF DISMISSAL

On motion of the parties hereto, through their undersigned attorneys, and on suggesting to the Court that they have settled, satisfied and compromised all of their differences, and that it is in order that this matter be dismissed, with prejudice, as of compromise, each party to bear its respective costs of court;

DATE OF ENTRY
AUG 1 4 2002

1

IT IS ORDERED, ADJUDGED AND DECREED that this matter be, and the same is hereby dismissed, with prejudice, as of compromise, each party to bear its respective costs of court.

New Orleans, Louisiana, this 14 day of August, 2002.

_____
JUDGE

Respectfully submitted:

DISCON LAW FIRM

_____
THOMAS M. DISCON, T.A. (#14219)
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Boulevard
Mandeville, Louisiana 70448
Telephone: (985) 674-8748
Counsel for Plaintiff, Ellis McClellan


TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
DAVID B. LAWTON, T.A. (# 8149)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Telefax: (504) 524-3257
Attorneys for Leigh Hoegh & Co. Shipping A/S

2

MOULEDOUX, BLAND, LEGRAND &
BRACKETT, LLC

_____
ALAN G. BRACKETT (14094)
650 Poydras St., Ste. 2150
New Orleans, LA 70130
Telephone: (504) ??
Attorney for Intervenor, Transocean Terminal
Operators, Inc., the American Longshore
Mutual Association, Ltd.

Motion to Dismiss wpd